**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William A. Driscoll Jr.<br>Nicole M. Driscoll<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 18-24397 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC and index same on the master mailing list.

     Respectfully submitted,

     **/s/James C. Warmbrodt, Esquire**
     James C. Warmbrodt, Esquire
     Attorney I.D. No. 42524
     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA 19106
     412-430-3594
     jwarmbrodt@kmllawgroup.com