## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-24397 CMB |
| | ) | |
| WILLIAM A. DRISCOLL, JR. AND | ) | |
| NICOLE M. DRISCOLL, | ) | CHAPTER 13 |
| | ) | |
| DEBTORS. | ) | DOCUMENT NO. |

### EMPLOYEE GROSS INCOME RECORD

William A. Driscoll, Jr.

I, William A. Driscoll, Jr., hereby certify that I cannot attach copies of payment advices or other evidence of payment which I received within 60 days before the filing of the petition from my employer(s) and I have in my possession because I do not have any. I am a self-employed painter.

/s/ William A. Driscoll, Jr. ✔
William A. Driscoll, Jr.




**WRIGHT HYUNDAI, INC.**
10677 PERRY HIGHWAY
WEXFORD, PA 15090-9303

8-9 / 430

PAY **NO DOLLARS AND 00/100**

| DATE | AMOUNT |
|---|---|
| 09/14/18 | $0.00 |

TO THE ORDER OF

4 409   40179

WILLIAM A DRISCOLL JR.
717 KILBUCK DRIVE
CRANBERRY TWP, PA 16066

DEPOSIT ADVICE ONLY
NON-NEGOTIABLE
**DIRECT DEPOSIT ADVICE ONLY**

88 WEXFORD PLAZA OFFICE
**PITTSBURGH NATIONAL BANK**
WEXFORD, PENNSYLVANIA

## DEPOSIT ADVICE – THIS IS NOT A CHECK

| | EMPLOYEE NAME | SOCIAL SECURITY NO. | EMPLOYEE NO. | CHECK NO. |
|---|---|---|---|---|
| **WRIGHT HYUNDAI, INC.** WEXFORD, PA 15090-9303 | WILLIAM A DRISCOLL JR. | 3936 | 40179 | 2816DD |
| | DIVISION | DEPARTMENT | | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
| | 4 | 409 | | 08/27/18 | 09/09/18 | 09/14/18 |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| SALARY | 80.00 | | 2,000.00 | 16,192.30 | FEDERAL S-7 | 21.18 | 690.20 |
| F&I MISC COM | | | 0.00 | 1,516.21 | OASDI | 103.63 | 955.32 |
| TOTAL PAY | 80.00 | | 2,000.00 | 17,708.51 | MEDICARE | 24.23 | 223.42 |
| | | | | | STATE-PA S-0 | 51.31 | 473.03 |
| | | | | | SUI | 1.20 | 10.63 |
| | | | | | CITY-H436 | 16.71 | 154.08 |
| | | | | | LOC SER TAX | 2.00 | 14.00 |
| | | | | | HEALTH INS | 295.00 | 2,065.00 |
| | | | | | DENTAL INS | 26.40 | 184.80 |
| | | | | | VISION INS | 7.20 | 50.40 |
| | | | | | SLS UNIFORMS | 6.42 | 44.94 |
| | | | | | 401K | 200.00 | 1,770.86 |
| | | | | | EMPLOYEE A/R | 0.00 | 1,516.21 |
| D DEPOSIT 1 | CHKNG | | 1,244.72 | 9,555.62 | | | |
| NET PAY CHK | | | 0.00 | 0.00 | | | |
| TOTAL NET PAY | | | 1,244.72 | 9,555.62 | | | |

The Reynolds and Reynolds Company   ERAINTPCE   SF673443 Q   (09/13)




**WRIGHT HYUNDAI, INC.**
10677 PERRY HIGHWAY
WEXFORD, PA 15090-9303

8-9 / 430

PAY **NO DOLLARS AND 00/100**

| DATE | AMOUNT |
|---|---|
| 09/28/18 | $0.00 |

TO THE ORDER OF

4 409   40179

WILLIAM A DRISCOLL JR.
717 KILBUCK DRIVE
CRANBERRY TWP, PA 16066

DEPOSIT ADVICE ONLY
NON-NEGOTIABLE

**DIRECT DEPOSIT ADVICE ONLY**

88 WEXFORD PLAZA OFFICE
PITTSBURGH NATIONAL BANK
WEXFORD, PENNSYLVANIA

## DEPOSIT ADVICE – THIS IS NOT A CHECK

| | EMPLOYEE NAME | SOCIAL SECURITY NO. | EMPLOYEE NO. | CHECK NO. |
|---|---|---|---|---|
| **WRIGHT HYUNDAI, INC.** WEXFORD, PA 15090-9303 | WILLIAM A DRISCOLL JR. | 3936 | 40179 | 2865DD |

| DIVISION | DEPARTMENT | | PERIOD BEGINNING | PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|
| 4 | 409 | | 09/10/18 | 09/23/18 | 09/28/18 |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES / DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| SALARY | 80.00 | | 2,000.00 | 18,192.30 | FEDERAL S-7 | 1,213.32 | 1,903.52 |
| F&I MISC COM | | | 6,398.74 | 7,914.95 | OASDI | 500.34 | 1,455.66 |
| TOTAL PAY | 80.00 | | 8,398.74 | 26,107.25 | MEDICARE | 117.02 | 340.44 |
| | | | | | STATE-PA S-0 | 247.75 | 720.78 |
| | | | | | SUI | 5.03 | 15.66 |
| | | | | | CITY-H436 | 80.70 | 234.78 |
| | | | | | LOC SER TAX | 2.00 | 16.00 |
| | | | | | HEALTH INS | 295.00 | 2,360.00 |
| | | | | | DENTAL INS | 26.40 | 211.20 |
| | | | | | VISION INS | 7.20 | 57.60 |
| | | | | | SLS UNIFORMS | 6.42 | 51.36 |
| | | | | | 401K | 839.87 | 2,610.73 |
| | | | | | EMPLOYEE A/R | 806.79 | 2,323.00 |
| D DEPOSIT 1 | CHKNG | | 4,250.90 | 13,806.52 | | | |
| NET PAY CHK | | | 0.00 | 0.00 | | | |
| TOTAL NET PAY | | | 4,250.90 | 13,806.52 | | | |

The Reynolds and Reynolds Company  ERAINTPCE  SF673443 Q  (09/13)

Earnings Statement                                                              WILLIAM DRISCOLL

Company: 0JE72 - MICKS NORTH HILLS CHRYSLER
Pay Date: 10/05/2018         JEEP INC                                           Emp #: 3287
Period Start: 09/16/2018     7670 MCKNIGHT ROAD                                 Dept: 3 - Managers
Period End: 09/29/2018       PITTSBURGH PA 15237  (724) 863-0600                Pay Basis: Salary

|  | Rate Hours/Units | Current Period | Year To Date |
|---|---|---|---|
| **Earnings** | | | |
| Regular | | 1500.00 | 1500.00 |
| Gross | | 1500.00 | 1500.00 |
| **W/H Taxes** | | | |
| Federal W/H(M/2) | | 73.73 | 73.73 |
| Medicare | | 21.75 | 21.75 |
| Social Security | | 93.00 | 93.00 |
| Penn. State W/H(M/2) | | 46.05 | 46.05 |
| 711001-PINE TWP/PINE-RICHLAND | | 15.00 | 15.00 |
| LST 711001-PINE TWP/PINE-RICHLAND | | 2.00 | 2.00 |
| Pennsylvania UI/HC/WF | | 0.90 | 0.90 |
| **Deductions** | | | |
| Net Pay | | 1247.57 | 1247.57 Voucher No. 4905DD |
| **Net Pay Distribution** | | | |
| Direct Deposit Net Check | | 1247.57 | 1247.57 A/C:9858 |

---

Voucher No. 4905DD

MICKS NORTH HILLS CHRYSLER JEEP INC
13839 Route 30 West                         DATE: 10/05/2018
PITTSBURGH, PA 15237
Irwin, PA 15642
Dept: 3

**Net Pay:**                                                                    1247.57

One Thousand Two Hundred Forty Seven And 57/100 Dollars

WILLIAM DRISCOLL
717 KILBUCK DR                              For Record Purposes Only
CRANBERRY TWP, PA 16066                     **NON-NEGOTIABLE**