# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-24397 CMB |
| | ) | |
| WILLIAM A. DRISCOLL, JR. AND | ) | |
| NICOLE M. DRISCOLL, | ) | CHAPTER 13 |
| | ) | |
| DEBTORS. | ) | DOCUMENT NO. |

## EMPLOYEE GROSS INCOME RECORD

Nicole M. Driscoll


   I, Nicole M. Driscoll, hereby certify that I cannot attach copies of payment advices or other evidence of payment which I received within 60 days before the filing of the petition from my employer(s) and I have in my possession because I do not have any. I am a self-employed painter.


            /s/ Nicole M. Driscoll, Jr.                    ✔
            Nicole M. Driscoll

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / 2VE 24105463 | 01/001 | 315838 | 1 of 1 |

Earnings Statement

ADP

HO1KB North
1623 Marys Ave
Pittsburgh, PA 15215

Period Starting: 08/20/2018
Period Ending: 09/02/2018
Pay Date: 09/04/2018

Taxable Marital Status: Married
Exemptions/Allowances:  Tax Override:
  Federal: 2      Federal:
  State: 0        State:
  Local: 0        Local:
Social Security Number: XXX-XX-XXXX

Nicole M Driscoll
717 Kilbuck Dr
Cranberry Twp, PA 16066

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 3.47 | 34.70 | 122.14 |
| Tipped hours | 3.0000 | 7.70 | 23.10 | 320.22 |
| Credit card tips paid | | 0.00 | 122.00 | 1370.00 |
| Gross Pay | | | $179.80 | $1,812.36 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -11.15 | 112.37 |
| Medicare | -2.61 | 26.28 |
| Pennsylvania State Income | -5.52 | 55.64 |
| Pennsylvania State UI | -0.11 | 1.09 |
| Marshall T Local Income | -1.80 | 18.12 |
| Net Pay | $36.61 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 32.73 | 453.65 |
| Total Hours Worked | 11.17 | 122.27 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9858 | XXXXXXXXX | 36.61 |

Your federal taxable wages this period are $179.80

HO1KB North
1623 Marys Ave
Pittsburgh, PA 15215

Pay Date:    09/04/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9858 | XXXXXXXXX | 36.61 |

THIS IS NOT A CHECK

Nicole M Driscoll
717 Kilbuck Dr
Cranberry Twp, PA 16066

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / 2VE 24105463 | 01/001 | 341981 | 1 of 1 |

Earnings Statement

HO1KB North
1623 Marys Ave
Pittsburgh, PA 15215

ADP

Period Starting: 09/03/2018
Period Ending: 09/16/2018
Pay Date: 09/18/2018

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal: 2             Federal:
  State: 0               State:
  Local: 0               Local:
Social Security Number: XXX-XX-XXXX

Nicole M Driscoll
717 Kilbuck Dr
Cranberry Twp, PA 16066

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 122.14 |
| Tipped hours | 3.0000 | 23.42 | 70.26 | 390.48 |
| Credit card tips paid | | 0.00 | 234.00 | 1604.00 |
| Gross Pay | | | $304.26 | $2,116.62 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -18.86 | 131.23 |
| Medicare | -4.41 | 30.69 |
| Pennsylvania State Income | -9.34 | 64.98 |
| Pennsylvania State UI | -0.18 | 1.27 |
| Marshall T Local Income | -3.04 | 21.16 |
| Net Pay | | $34.43 |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 99.54 | 553.19 |
| Total Hours Worked | 23.42 | 145.69 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9858 | XXXXXXXXX | 34.43 |

Your federal taxable wages this period are $304.26

HO1KB North
1623 Marys Ave
Pittsburgh, PA 15215

Pay Date:    09/18/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9858 | XXXXXXXXX | 34.43 |

THIS IS NOT A CHECK

Nicole M Driscoll
717 Kilbuck Dr
Cranberry Twp, PA 16066

roSoft Paystub Reprint                                                                                      Generated: 09-21-2018 | 03:10:08 PM

**Mars Area School District**

SSN XXX-XX-3165   Name: NICOLE M DRISCOLL   Dept: SEC   Loc: HS  Emp # 2740                          Check #: 00140699

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| 8/26/18 - 9/10/18 Hourly 75.000 @ 12.00 | $900.00 | $900.00 | Medicare | $12.78 | $12.78 |
| Christmas Adj | -$18.95 | -$18.95 | Social Security | $54.63 | $54.63 |
|  |  |  | State Tax - Pennsylvania | $27.05 | $27.05 |
|  |  |  | PA Unemp Comp | $.53 | $.53 |
|  |  |  | EIT 100802 - 1.0000% | $8.81 | $8.81 |
|  |  |  | Retirement TE - 7.5% | $66.08 | $66.08 |

```
              Total Gross   $881.05    $881.05
Deduction(excl direct deposit) $169.88    $169.88
                    Net Pay   $711.17    $711.17
```

Sick: 0   Vacation: 0   Personal: 0   Comp Time: 0

ABS. CURRENT AS OF 9/11/18                                              CHECK DATE: 9/25/2018     AMOUNT: $711.17


                                                                                                              00140699
Seven Hundred Eleven Dollars And 17 Cents                                                                    9/25/2018


NICOLE M DRISCOLL                                                                              Mars Area School District
717 KILBUCK DR                                                                                            545 Route 228
CRANBERRY TWP PA 16066                                                                                   Mars, PA 16046
                                                                                                   Phone: (724)625-9030
                                                                                                     Fax: (724)625-1060

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / 2VE 24105463 | 01/001 | 367531 | 1 of 1 |

HO1KB North
1623 Marys Ave
Pittsburgh, PA 15215

Earnings Statement

ADP

Period Starting: 09/17/2018
Period Ending: 09/30/2018
Pay Date: 10/02/2018

Taxable Marital Status: Married
Exemptions/Allowances:    Tax Override:
  Federal: 2    Federal:
  State: 0    State:
  Local: 0    Local:
Social Security Number: XXX-XX-XXXX

Nicole M Driscoll
717 Kilbuck Dr
Cranberry Twp, PA 16066

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | | 0.00 | 122.14 |
| Tipped hours | 3.0000 | 12.73 | 38.19 | 428.67 |
| Credit card tips paid | | 0.00 | 174.00 | 1778.00 |
| Gross Pay | | | $212.19 | $2,328.81 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -13.16 | 144.39 |
| Medicare | -3.08 | 33.77 |
| Pennsylvania State Income | -6.51 | 71.49 |
| Pennsylvania State UI | -0.13 | 1.40 |
| Marshall T Local Income | -2.12 | 23.28 |
| Net Pay | $13.19 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 54.10 | 607.29 |
| Total Hours Worked | 12.73 | 158.42 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9858 | XXXXXXXXX | 13.19 |

Your federal taxable wages this period are $212.19

HO1KB North
1623 Marys Ave
Pittsburgh, PA 15215

Pay Date:    10/02/2018

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9858 | XXXXXXXXX | 13.19 |

THIS IS NOT A CHECK

Nicole M Driscoll
717 Kilbuck Dr
Cranberry Twp, PA 16066

roSoft Paystub Reprint  Generated: 10-09-2018 | 03:09:47 PM

Mars Area School District

SSN XXX-XX-3165   Name: NICOLE M DRISCOLL   Dept: SEC   Loc: HS Emp # 2740   Check #: D0073423

| Earnings | This Pay | YTD Amount | Deductions | This Pay | YTD Amount |
|---|---|---|---|---|---|
| 9/11/18 - 9/25/18 Hourly 82.500 @ 12.00 | $990.00 | $1,890.00 | FIT (M 2) | $7.14 | $7.14 |
| Christmas Adj | -$18.95 | -$37.90 | Medicare | $14.08 | $26.86 |
| | | | Social Security | $60.21 | $114.84 |
| | | | State Tax - Pennsylvania | $29.81 | $56.86 |
| | | | PA Unemp Comp | $.58 | $1.11 |
| | | | EIT 100802 - 1.0000% | $9.71 | $18.52 |
| | | | Retirement TE - 7.5% | $72.83 | $138.91 |
| | | | **DDN Deposit (CK)** | **$776.69** | **$776.69** |
| Total Gross | $971.05 | $1,852.10 | | | |
| Deduction(excl direct deposit) | $194.36 | $364.24 | | | |
| Net Pay | $776.69 | $1,487.86 | | | |

Sick: 0   Vacation: 0   Personal: 0   Comp Time: 3

ABS. CURRENT AS OF 09/26/2018          CHECK DATE: 10/10/2018    AMOUNT: $0.00

D0073423

Direct Deposit Amount $    776.69          10/10/2018

NICOLE M DRISCOLL                    V O I D          Mars Area School District
217 KILBUCK DR                                             545 Route 228
CRANBERRY TWP PA 16066                                    Mars, PA 16046
                                                   Phone: (724) 625-9030
                                                     Fax: (724) 625-1060

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RL / 2VE 24105463 | 01/001 | 392120 | 1 of 1 |

Earnings Statement

HO1KB North
1623 Marys Ave
Pittsburgh, PA 15215

ADP.

Period Starting: 10/01/2018
Period Ending: 10/14/2018
Pay Date: 10/16/2018

Taxable Marital Status:   Married
Exemptions/Allowances:    Tax Override:
 Federal:   2                Federal:
 State:     0                State:
 Local:     0                Local:
Social Security Number:   XXX-XX-XXXX

Nicole M Driscoll
717 Kilbuck Dr
Cranberry Twp, PA 16066

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular |  |  | 0.00 | 122.14 |
| Tipped hours | 3.0000 | 12.46 | 37.38 | 466.05 |
| Credit card tips paid |  | 0.00 | 181.00 | 1959.00 |
| **Gross Pay** |  |  | **$218.38** | **$2,547.19** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 0.00 |
| Social Security | -13.54 | 157.93 |
| Medicare | -3.16 | 36.93 |
| Pennsylvania State Income | -6.70 | 78.19 |
| Pennsylvania State UI | -0.13 | 1.53 |
| Marshall T Local Income | -2.18 | 25.46 |
| **Net Pay** | **$11.67** |  |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Tip Credit | 52.96 | 660.25 |
| Total Hours Worked | 12.46 | 170.88 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX9858 | XXXXXXXXX | 11.67 |

Your federal taxable wages this period are $218.38

HO1KB North
1623 Marys Ave
Pittsburgh, PA 15215

Pay Date:    10/16/2018

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX9858 | XXXXXXXXX | 11.67 |

Nicole M Driscoll
717 Kilbuck Dr
Cranberry Twp, PA 16066