781 Driscoll Nicole Nicole1

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| **In Re:** ) | |
| **William A. Driscoll, Jr.** ) | |
| **and Nicole M. Driscoll,** ) | **Case No. 18-24397 CMB** |
| Debtors, ) | |
| **Nicole M. Driscoll,** ) | **Chapter 13** |
| Movant, ) | |
| Vs. ) | **Docket No.** |
| **Mars Area School District,** ) | |
| Respondent. ) | |

### Certificate of Service of Wage Order

    I, Gary W. Short, certify under penalty of perjury that on December 28, 2018, I served the most recently entered wage attachment order in this case for Nicole M. Driscoll with social security number verification on the employer named below at the following address, by First Class U.S. Mail, postage prepaid.

Mars Area School District
545 Route 228
Mars, PA 16046

Nicole M. Driscoll
717 Kilbuck Drive
Cranberry Twp., PA 16066

Service was not made upon Ronda J. Winnecour at her request because she receives copies of pleadings from the Clerk of Bankruptcy Court.

Executed on December 28, 2018

                         /s/ Gary W. Short
                         Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                         212 Windgap Road, Mars, PA 16046
                         Tele. (412) 765-0100 / Fax (412) 536-3977
                         E-mail garyshortlegal@gmail.com