781 Driscoll Nicole Nicole1

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: ) | |
| **William A. Driscoll, Jr.** ) | |
| **and Nicole M. Driscoll,** ) | Case No. 18-24397 CMB |
| Debtors, ) | |
| **Nicole M. Driscoll,** ) | Chapter 13 |
| Movant, ) | |
| Vs. ) | Related to Document No. 27 |
| **Mars Area School District,** ) | |
| Respondent. ) | |

<u>ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT</u>

The above-named Debtor, Nicole M. Driscoll, having filed a Chapter 13 petition and a motion to attach wages to fund the Chapter 13 plan,

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor, Nicole M. Driscoll, receives income:

Mars Area School District
545 Route 228
Mars, PA 16046

shall deduct from that income the sum of **$687.00** twice per month beginning with the first pay in January, 2019, and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

Ronda J. Winnecour
P.O. Box 84051
Chicago, IL 60689-4002

IT IS FURTHER ORDERED that (a) the above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that the Debtor shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor's full social security number on the above-named entity. Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues shall be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

        IT IS FURTHER ORDERED that this order *supersedes* previous orders made to the above-named entity in this case.

        IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

Dated: December 26, 2018

_____
Carlota M. Böhm      glb
Chief United States Bankruptcy Judge

FILED
12/26/18 1:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William A. Driscoll, Jr.  
Nicole M. Driscoll  
    Debtors

Case No. 18-24397-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Dec 26, 2018  
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2018.  
jdb         +Nicole M. Driscoll,   717 Kilbuck Drive,   Cranberry Twp, PA 16066-6840  
            +Mars Area School District,   545 Route 228,   Mars, PA 16046-3151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2018                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2018 at the address(es) listed below:  
        Brian Thomas Langford   on behalf of Creditor   Allegent Community Federal Credit Union PitEcf@weltman.com, PitEcf@weltman.com  
        Gary William Short   on behalf of Debtor William A. Driscoll, Jr. garyshortlegal@gmail.com, gwshort@verizon.net  
        Gary William Short   on behalf of Joint Debtor Nicole M. Driscoll garyshortlegal@gmail.com, gwshort@verizon.net  
        James Warmbrodt   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
        Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com  
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
        Thomas Song   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com  
                                                                                                                                                                                                                                     TOTAL: 8