MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __DRiSColl JR._____ JAD/TPA/(CMB)/GLT

Case Number: __18-24397__

Date of Meeting: __1/14/19__                               Recording # __19__
Debtor(s) present __✓__ or Not Present _____ (__ No Payments Made or __ partial payments)
Attorney for debtor(s) __Short_____ (Present __✓__ or Not Present _____)
Date of Plan at § 341: __12/3/18__ Applicable commitment period ___3 yrs ___5 yrs

*Correct exemption*

*Pre-bar date cancel*

FILED
2019 JAN 16 PM 3:00
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

_____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD
                                            _____ Order to Show Cause Requested
                                            _____ To be rescheduled by Clerk

__✓__ Confirmation Order recommended _____ Final __✓__ Interim
__✓__ Amended Plan due: __2/11/19__; Objections due: __3/11/19__

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
       _____ 341 Meeting   OR  __✓__ Conciliation Conf   OR ___ *Contested Hearing
On __3/28/19__ at __9:30 am/pm__ Location _____

_____
Chapter 13 Trustee/Attorney for Trustee