**Form 149**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William A. Driscoll Jr.**
**Nicole M. Driscoll**
    Debtor(s)

Bankruptcy Case No.: 18–24397–CMB
Issued Per Jan. 14, 2019 Proceeding
Chapter: 13
Docket No.: 38 – 20
Concil. Conf.: March 28, 2019 at 09:30 AM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### (1.)  *PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 3, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. ***A final plan conciliation conference will be held on Mar. 28, 2019 at 09:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*** If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.     shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Hyundai Lease Tilting Trust at Claim No. 1; ACAR Leasing LTD at Claim No. 13 .

☑ H.    Additional Terms: Notwithstanding interim confirmation order, payment on the secured claim of Allegent Community Federal Credit Union at Claim No. 5 are to remain on reserve pending final confirmation or other order of court.
The debtor is to file an amended plan on or before February 11, 2019. Objection are due by March 14, 2019. FAILURE to file an amended plan may result in dismissal of this case without further, notice or hearing.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.      Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.       Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.        Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.      Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.      Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)    **IT IS FURTHER ORDERED THAT:***

**A.**      After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: January 18, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-24397-CMB
William A. Driscoll, Jr.                                                  Chapter 13
Nicole M. Driscoll
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel           Page 1 of 2              Date Rcvd: Jan 18, 2019
                              Form ID: 149         Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
```
db/jdb        +William A. Driscoll, Jr.,   Nicole M. Driscoll,   717 Kilbuck Drive,
               Cranberry Twp, PA 16066-6840
cr            +Allegent Community Federal Credit Union,   1001 Liberty Avenue Suite 100,
               Pittsburgh, PA 15222-3715
14976280      +ACAR Leasing LTD d/b/a GM Financial Leasing,   PO Box 183853,   Arlington, TX 76096-3853
14962867      +Absolute Resolutions Investments, LLC,   c/o Absolute Resolutions Corporation,
               8000 Norman Center Drive, Suite 350,   Bloomington, MN 55437-1118
14946383      +Allegent Community Fcu,   1001 Liberty Ave Ste 100,   Pittsburgh, PA 15222-3715
14946385      +AmeriCredit/GM Financial,   Attn: Bankruptcy,   Po Box 183853,   Arlington, TX 76096-3853
14946386      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,   Attn: Bankruptcy,   Po Box 982238,
               El Paso, TX 79998)
14946395      ++COLUMBIA GAS,   290 W NATIONWIDE BLVD 5TH FL,   BANKRUPTCY DEPARTMENT,   COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas Company,   POB 742537,   Cincinnati, OH 45274-2537)
14975436       Capital One, N.A.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
14967729      +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
14946388      +Chase Card Services,   Correspondence Dept,   Po Box 15298,   Wilmington, DE 19850-5298
14946389      +Chase Mortgage,   Attn: Case Research & Bankruptcy,   Po Box 24696,   Columbus, OH 43224-0696
14946393      +CitiFinancial,   Attn: Bankruptcy,   605 Munn Rd,   Fort Mill, SC 29715-8421
14946390      +Citibank/Sears,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
14946391      +Citibank/The Home Depot,   Attn: Recovery/Centralized Bankruptcy,   Po Box 790034,
               St Louis, MO 63179-0034
14946392      +Citicards,   Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
               Saint Louis, MO 63179-0040
14946394      +Citizens Bank,   Attn: Bankruptcy,   1 Citizens Dr,   Riverside, RI 02915-3000
14946396      +Cranberry Township,   POB 6075,   Hermitage, PA 16148-1075
14946397      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services LLC,   Attn: President/CEO,   Po Box 81577,
               Austin, TX 78708)
14946399      +Dovenmuehle/Plaza Home Mtg,   Attn: Bankruptcy,   1 Corporate Dr Ste 360,
               Lake Zurich, IL 60047-8945
14946402      +Lincoln Automotive Financial Service,   Attn: Bankruptcy,   Po Box 542000,
               Omaha, NE 68154-8000
14946404      +Pennymac Loan Services,   Attn: Bankruptcy,   Po Box 514387,   Los Angeles, CA 90051-4387
14946405      +Santander Consumer USA,   Attn: Bankruptcy,   Po Box 961245,   Fort Worth, TX 76161-0244
14946407      +Sears,   701 East 60th Street North,   Sioux Falls, SD 57104-0432
14946408      +Sheetz,   POB 2557,   Omaha, NE 68103-2557
14946409      +Sheridan Anesthesia,   POB 744422,   Atlanta, GA 30374-4422
14946410      +Southwest,   POB 1423,   Charlotte, NC 28201-1423
14946415       Target,   Target Card Services,   Mail Stop NCB-0461,   Minneapolis, MN 55440
14946417      +US Dept of Education,   Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
14946418      +US Deptartment of Education/Great Lakes,   Attn: Bankruptcy,   Po Box 7860,
               Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: kburkley@bernsteinlaw.com Jan 19 2019 02:13:14     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14946384      +E-mail/Text: ally@ebn.phinsolutions.com Jan 19 2019 02:12:20     Ally Financial,
               Attn: Bankruptcy Dept,   Po Box 380901,   Bloomington, MN 55438-0901
14980181      +E-mail/Text: bkmail@bayview@bkviewloanservicing.com Jan 19 2019 02:13:06
               Bayview Loan Servicing, LLC,   4425 Ponce de Leon Blvd, 5th Floor,
               Coral Gables, FL 33146-1837
14946387      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 19 2019 02:19:30      Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14970402       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 19 2019 02:20:37
               Capital One Bank (USA), N.A.,   Po Box 71083,   Charlotte, NC 28272-1083
14950059      +E-mail/Text: mrdiscen@discover.com Jan 19 2019 02:12:21     Discover Bank,
               Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
14946398      +E-mail/Text: mrdiscen@discover.com Jan 19 2019 02:12:21     Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
14949564      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 19 2019 02:13:18
               Hyundai Lease Titling Trust,   PO Box 20809,   Fountain Valley, CA 92728-0809
14946400      +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Jan 19 2019 02:13:18
               Hyundai Motor Finance,   Attn: Bankruptcy,   Po Box 20809,   Fountain Valley, CA 92728-0809
14946401      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 19 2019 02:12:23     Kohls/Capital One,
               Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
14964883       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 19 2019 02:19:34      LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14979024       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2019 02:19:30
               Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
```

```
District/off: 0315-2          User: jhel              Page 2 of 2          Date Rcvd: Jan 18, 2019
                              Form ID: 149            Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14946994      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 19 2019 02:20:38
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14946403       E-mail/Text: bankruptcy@firstenergycorp.com Jan 19 2019 02:12:52      Penn Power,   PO Box 3687,
               Akron, OH 44309-3687
14946411      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36      Syncb/Toys R Us,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14946412      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36      Synchrony Bank/ JC Penneys,
               Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14946413      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36      Synchrony Bank/ Old Navy,
               Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14946414      +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36      Synchrony Bank/Dillards Dc,
               Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
14946416      +E-mail/Text: billingdept@gihealth.com Jan 19 2019 02:12:45      Three Rivers Endoscopy,
               725 Cherrington Parkway #101,   Coraopolis, PA 15108-4318
14946419      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 19 2019 02:12:15
               Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
14973716       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 19 2019 02:20:54      Verizon,
               by American InfoSource as agent,   PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                            TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BAYVIEW LOAN SERVICING, LLC
cr             PENNYMAC LOAN SERVICES, LLC
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14946406*     +Santander Consumer USA Inc.,   Attn: Bankruptcy,   Po Box 961245,   Fort Worth, TX 76161-0244
                                                                            TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
```
              Brian Thomas Langford   on behalf of Creditor    Allegent Community Federal Credit Union
               PitEcf@weltman.com,  PitEcf@weltman.com
              Gary William Short   on behalf of Joint Debtor Nicole M. Driscoll garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short   on behalf of Debtor William A. Driscoll, Jr. garyshortlegal@gmail.com,
               gwshort@verizon.net
              James  Warmbrodt   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck   on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song   on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com
                                                                            TOTAL: 8
```