781 Driscoll Nicole Nicole1

**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| **In Re:** ) | |
| **William A. Driscoll, Jr.** ) | |
| **and Nicole M. Driscoll,** ) | **Case No. 18-24397 CMB** |
| **Debtors,** ) | |
| **Nicole M. Driscoll,** ) | **Chapter 13** |
| **Movant,** ) | |
| **Vs.** ) | **Docket No.** |
| **Mars Area School District,** ) | **Hearing Date and Time:** |
| **Respondent.** ) | **February 13, 2019 at 11:00 a.m.** |
| ) | **Responses due: Feb. 6, 2019** |

## Certificate of Service of Wage Order

    I, Gary W. Short, certify under penalty of perjury that on January 23, 2019, I served the Motion to Terminate Wage Attachment filed Nicole M. Driscoll and related Scheduling Order by First Class U.S. Mail, postage pre-paid on the following parties in interest:

Mars Area School District
545 Route 228
Mars, PA 16046

William A. Driscoll, Jr.
Nicole M. Driscoll
717 Kilbuck Drive
Cranberry Twp., PA 16066

Office of the United States Trustee
Suite 970
1001 Liberty Avenue
Pittsburgh PA 15222

Ronda J. Winnecour, Esq.
Ch. 13 Standing Trustee, W.D.Pa.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

                                        /s/ Gary W. Short
                                        Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                        212 Windgap Road, Mars, PA 16046
                                        Tele. (412) 765-0100 / Fax (412) 536-3977
                                        E-mail garyshortlegal@gmail.com