**Form 209**

**UNITED STATES BANKRUPTCY COURT**  
**WESTERN DISTRICT OF PENNSYLVANIA**

40 – 37  
gamr

In re:                                                                 Bankruptcy Case No.: 18−24397−CMB

Chapter: 13  
Hearing Date: 2/13/19 at 11:00 AM

**William A. Driscoll Jr.**                         Nicole M. Driscoll  
Debtor(s)

**CERTIFICATE OF SERVICE**

I,_____, of ** _____

_____

_____

**CERTIFY:**

**That I am at least 18 years of age:**

**That on the \_\_\_\_\_ day of _____, _____, I served a copy of the within Order Setting Date Certain** *together with the Motion* **filed in this proceeding, on:**

**on the Respondent(s) in this proceeding, by (describe the mode of service):**

**at the following address(es):**

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on _____            _____  
                 (Date)                                                                                                    (Signature)

**\*\*Indicate Current Mailing Address**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-24397-CMB
William A. Driscoll, Jr.                                                Chapter 13
Nicole M. Driscoll
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: gamr              Page 1 of 1              Date Rcvd: Jan 23, 2019
                             Form ID: 209            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db/jdb         +William A. Driscoll, Jr.,    Nicole M. Driscoll,    717 Kilbuck Drive,
                Cranberry Twp, PA 16066-6840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2019 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    Allegent Community Federal Credit Union
               PitEcf@weltman.com,   PitEcf@weltman.com
              Gary William Short    on behalf of Debtor William A. Driscoll, Jr. garyshortlegal@gmail.com,
               gwshort@verizon.net
              Gary William Short    on behalf of Joint Debtor Nicole M. Driscoll garyshortlegal@gmail.com,
               gwshort@verizon.net
              James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com
                                                                                             TOTAL: 8