**Form 507**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **William A. Driscoll, Jr. and Nicole M. Driscoll** | : | **Bankruptcy No.: 18–24397–CMB** |
| *Debtor(s).* | : | |
| | : | **Chapter: 13** |
| | : | |
| | : | **Related to Doc. No.:** |
| | : | |

## ORDER & NOTICE SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW**, this The 22nd of January, 2019, a Motion To Terminate Wage Attachment ("Motion") having been filed in the above−captioned case,

   It is hereby **ORDERED** that Movant shall **immediately** serve the Motion and this Order and Notice on, *as applicable*, the following: all respondents and parties in interest and their counsel, Debtor(s), Debtor(s)' counsel, the United States Trustee, and/or the Trustee. *At times, service on the entire matrix may be required.* Service shall be made in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Undersigned Judge as found on the Court's webpage at www.pawb.uscourts.gov. A *Certificate of Service* shall be filed forthwith in compliance with the Local Bankruptcy Form.

   Respondent(s), you are hereby notified that the Movant(s) seek(s) an order affecting your rights or property. Respondent(s) may wish to take this Order and Notice and the Motion to a lawyer at once.

   Respondent(s) are hereby instructed to file with the Clerk and serve upon Movant(s) and counsel for Movant(s) a response to the Motion by no later than **2/6/19**.

   A hearing will be held on February 13, 2019 at 11:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 . Only a limited time of **ten (10) minutes** is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

   If Respondent(s) fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Movant(s) shall refer to the Undersigned Judge's Procedures posted on the Court's webpage regarding the filing of *Certifications of No Objection*. **In the event that no response to the Motion is filed, a Certification of No Objection shall be filed at least three full business days before the scheduled hearing date.** The parties shall refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

Pursuant to the Undersigned Judge's Procedures, in the event that the parties are able to resolve their dispute(s), **any consensual order filed with the Court shall be accompanied by a Certification of Counsel advising that all necessary parties consent to the entry of the order.**

Telephonic participation in the hearing may be permitted as set forth in the Undersigned Judge's Procedures. Arrangements must be made by calling the courtroom deputy at least **three full business** days prior to the scheduled hearing.

If the Motion includes a request for an extension of time, the time is extended pending the outcome of the hearing.

Dated: January 22, 2019

cm: Gary W. Short, Esq.

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William A. Driscoll, Jr.  
Nicole M. Driscoll  
    Debtors

Case No. 18-24397-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Jan 23, 2019  
                   Form ID: 507     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2019.  
db/jdb        +William A. Driscoll, Jr.,    Nicole M. Driscoll,    717 Kilbuck Drive,    Cranberry Twp, PA 16066-6840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2019 at the address(es) listed below:
         Brian Thomas Langford    on behalf of Creditor    Allegent Community Federal Credit Union PitEcf@weltman.com, PitEcf@weltman.com
         Gary William Short    on behalf of Debtor William A. Driscoll, Jr. garyshortlegal@gmail.com, gwshort@verizon.net
         Gary William Short    on behalf of Joint Debtor Nicole M. Driscoll garyshortlegal@gmail.com, gwshort@verizon.net
         James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         Thomas Song    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com
                                                                                                                            TOTAL: 8