**781 Driscoll Nicole  Nicole1**               **In the United States Bankruptcy Court**
                                               **for the Western District of Pennsylvania**

| | |
|---|---|
| **In Re:** ) | |
| **William A. Driscoll, Jr.** ) | |
| **and Nicole M. Driscoll,** ) | **Case No. 18-24397 CMB** |
| **Debtors,** ) | |
| **Nicole M. Driscoll,** ) | **Chapter 13** |
| **Movant,** ) | |
| **Vs.** ) | **Docket No.** |
| **Mars Area School District,** ) | **Hearing Date and Time:** |
| **Respondent.** ) | **February 13, 2019 at 11:00 a.m.** |
| ) | **Responses due: Feb. 6, 2019** |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO TERMINATE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on January 18, 2019 ("Motion") has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to a scheduling order, objections or responses to the Motion were to be filed and served no later than February 6, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: February 7, 2019             /s/ Gary W. Short
                                    Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                    Attorney for the Debtor
                                    212 Windgap Road, Pittsburgh, PA 15237
                                    Tele. (412) 765-0100 / Fax (412) 536-3977
                                    E-mail garyshortlegal@gmail.com