**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: ) | |
| William A. Driscoll, Jr. ) | |
| and Nicole M. Driscoll, ) | Case No. 18-24397 CMB |
|     Debtors, ) | |
| Nicole M. Driscoll, ) | Chapter 13 |
|     Movant, ) | |
| Vs. ) | Related to: Document No. 37 |
| Mars Area School District, ) | |
|     Respondent. ) | **ENTERED BY DEFAULT** |

### ORDER TERMINATING WAGE ATTACHMENT

    Upon consideration of a motion by Nicole M. Driscoll to terminated the wage attachment on her income, IT IS HEREBY ORDERED that the wage attachment on Nicole Driscoll's income from Mars Area School District is immediately terminated.

Dated: February 8, 2019

Carlota M. Böhm    glb
Chief United States Bankruptcy Judge

cm: Mars Area School District
    545 Route 228
    Mars, PA  16046

FILED
2/8/19 10:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William A. Driscoll, Jr.
Nicole M. Driscoll
    Debtors

Case No. 18-24397-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: gamr     Page 1 of 1     Date Rcvd: Feb 08, 2019
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2019.
jdb     +Nicole M. Driscoll,  717 Kilbuck Drive,  Cranberry Twp, PA 16066-6840
     +Mars Area School District,  545 Route 228,  Mars, PA 16046-3151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2019 at the address(es) listed below:
     Brian Thomas Langford    on behalf of Creditor    Allegent Community Federal Credit Union PitEcf@weltman.com, PitEcf@weltman.com
     Gary William Short    on behalf of Debtor William A. Driscoll, Jr. garyshortlegal@gmail.com, gwshort@verizon.net
     Gary William Short    on behalf of Joint Debtor Nicole M. Driscoll garyshortlegal@gmail.com, gwshort@verizon.net
     James Warmbrodt    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
     Jerome B. Blank    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com
     Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
     Thomas Song    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com
     TOTAL: 9