**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: ) | |
| William A. Driscoll, Jr., ) | Case No. 18-24397 CMB |
| Debtor, ) | |
| William A. Driscoll, Jr., ) | Chapter 13 |
| Movant, ) | |
| Vs. ) | Docket No. |
| Jim Sharkey Auto Group, ) | |
| Respondent. ) | |

**Certificate of Service of Wage Order**

    I, Gary W. Short, certify under penalty of perjury that on February 18, 2019, I served the most recently entered wage attachment order in this case for William A. Driscoll, Jr. with social security number verification on the employer named below at the following address, by First Class U.S. Mail, postage prepaid.

Jim Sharkey Auto Group
7670 McKnight Road
Pittsburgh, PA 15237

William A. Driscoll, Jr.
717 Kilbuck Drive
Cranberry Twp., PA 16066

Service was not made upon Ronda J. Winnecour at her request because she receives copies of pleadings from the Clerk of Bankruptcy Court.

Executed on February 18, 2019

                                        /s/ Gary W. Short
                                        Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                        212 Windgap Road, Pittsburgh, PA 15237
                                        Tele. (412) 765-0100 / Fax (412) 536-3977
                                        E-mail garyshortlegal@gmail.com