**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| In Re: | ) **Bankruptcy No. 18-24397 CMB** |
| **William A. Driscoll, Jr. and Nicole M. Driscoll,** | ) **Chapter 13** |
| Debtors, | ) **Docket No.** |
| **Gary W. Short,** | ) |
| Movant, | ) **Hearing Date and Time:** |
| vs. | ) **June 5, 2019 at 10:00 a.m.** |
| **Ronda J. Winnecour, Trustee,** | ) **Responses Due: May 8, 2019** |
| Respondent. | ) |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON**
**PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF GARY W.  SHORT**

To All Creditors and Parties in Interest:

1.   Applicant represents William A. Driscoll, Jr. and Nicole M. Driscoll, Chapter 13 Debtors.

2.   This is an interim application for the period from November 9, 2018. to April 20, 2019.

3.   Previous retainer paid to Applicant was $126.60.

4.   Previous interim compensation allowed to Applicant: 0.00.

5.   Applicant requests allowance of an administrative claim in the amount of $7,362.63 which is comprised of compensation for legal services in the amount of $7,110.00 and reimbursement of expenses of $252.63.

6.   A hearing on the Application will be held in Courtroom "B", 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania, 15219 on **June 5, 2019 at 10:00 a.m.**

7.   Any written objections must be filed with the court and served on the Applicant on or before **May 18, 2019,** (at least seventeen (17) days from the date of this notice).  Copies of the application are available from the applicant.

**Date of Service: April 20, 2019**          /s/ Gary W. Short _____
                                             Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                             212 Windgap Road, Pittsburgh, PA 15237
                                             Tele. (412) 765-0100 / Fax (412) 536-3977
                                             E-mailgaryshortlegal@gmail.com

Note: 1 Scheduling dates in this Notice shall comply with Local Rules.  2. The full application need be served only upon Debtors, counsel for Debtors, the U.S. Trustee, and the trustee and counsel for the trustee.  3. Applicant shall serve this Notice on all creditors and parties in interest including any person who has filed a request for notices.  4. A certificate of service shall be filed with this Notice and the application.)

**Certificate of Service of the Summary Cover Sheet and Notice of Hearing on**
**Professional Fees in Chapter 7 and 13 on behalf of Gary W. Short To Parties in Interest**

I, Gary W. Short, certify under penalty of perjury that I served the Summary Cover Sheet and Notice of Hearing on Professional Fees in Chapter 7 and 13 on behalf of Gary  W. Short on the parties on the attached matrix on April 20, 2019, by First Class U.S. Mail, postage prepaid.

Executed on April 20, 2019          /s/ Gary W. Short _____
                                    Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
                                    212 Windgap Road, Pittsburgh, PA 15237
                                    Tele. (412) 765-0100 / Fax (412) 536-3977
                                    E-mailgaryshortlegal@gmail.com