**In the United States Bankruptcy Court
for the Western District of Pennsylvania**

| | |
|---|---|
| In Re:<br>William A. Driscoll, Jr. and Nicole M. Driscoll,<br>　　　　　　　Debtors,<br>Gary W. Short,<br>　　　　　　　Movant,<br>　vs.<br>Ronda J. Winnecour, Trustee,<br>　　　　　　　Respondent. | ) Bankruptcy No. 18-24397 CMB<br>) Chapter 13<br>)<br>) Related to: Document No. 70<br>)<br>) **ENTERED BY DEFAULT**<br>)<br>) |

### ORDER OF COURT

AND NOW, this 10th day of May, 2019, upon consideration of the Application for Interim Compensation and Reimbursement of Expenses filed by Gary W. Short, counsel for Debtors(s) in the above-captioned case, it is hereby ORDERED that:

1. Gary W. Short is allowed a Chapter 13 administrative expense in the amount of $7,362.63 which includes $7,110.00 in legal services and $252.63 in expenses for the period of November 9, 2018. to April 20, 2019. (the "Claim");

2. The Claim less a retainer of $126.60 is to be paid by the Chapter 13 Trustee at a rate of $370 per month calculated from the petition date to the extent funds are on hand and to the extent the payments share pro rata with long term continuing debts and administrative claims; and

3. If at any time the Chapter 13 Trustee holds sufficient funds to pay the Claim by larger payments without diminishing current distributions to creditors holding long term continuing debts and administrative claims, the Chapter 13 Trustee shall promptly do so.

*Carlota M. Böhm*　glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
5/10/19 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 18-24397-CMB
William A. Driscoll, Jr.                                        Chapter 13
Nicole M. Driscoll
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1          Date Rcvd: May 10, 2019
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
jdb            +Nicole M. Driscoll,    717 Kilbuck Drive,    Cranberry Twp, PA 16066-6840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 10, 2019 at the address(es) listed below:
          Brian Thomas Langford    on behalf of Creditor    Allegent Community Federal Credit Union
           PitEcf@weltman.com,   PitEcf@weltman.com
          Gary William Short    on behalf of Debtor William A. Driscoll, Jr. garyshortlegal@gmail.com,
           gwshort@verizon.net
          Gary William Short    on behalf of Joint Debtor Nicole M. Driscoll garyshortlegal@gmail.com,
           gwshort@verizon.net
          James Warmbrodt     on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas Song    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC pawb@fedphe.com
          William E. Craig    on behalf of Creditor    ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10