# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | WILLIAM A. & NICOLE M. DRISCOLL |
| **Case Number:** | 18-24397-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 27, 2019 09:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
7/8/19 4:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#50 - Final Confirmation of Plan Dated 2/9/2019 (NFC)
R / M #:  50 / 0

### *Appearances:*

Debtor: *Short*
Trustee: Winnecour / Pail / Katz / (DeSimone)
Creditor:

PLEASE SUBMIT CONFIRMATION ORDER

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. __✓__ Contested Hearing: _____ at _____.
10. __✓__ Other:

*341 is closed*

6/20/2019  9:19:05AM