20-0418

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William A. Driscoll, Jr.<br>Nicole M Driscoll<br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 18-24397 CMB |

## ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of PennyMac Loan Services, LLC in the above captioned matter.

 

POWERS KIRN, LLC

By:  /s/  **Jill Manuel-Coughlin, Esquire**
Attorney ID# 63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Dated: October 27, 2020