IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

In re:
**WILLIAM A. DRISCOLL, JR.**
**NICOLE M. DRISCOLL,**
   Debtor(s).     :
            :  Case No.  18-24397-CMB
            :
**ACAR LEASING LTD**
**d/b/a GM FINANCIAL LEASING,**  :  Chapter 13
            :
    Movant(s).     :
 v.           :
            :
**WILLIAM A. DRISCOLL, JR.**
**NICOLE M. DRISCOLL,**    :
    Respondent(s).

## NOTICE OF HEARING AND RESPONSE DEADLINE
## REGARDING MOTION OF ACAR LEASING FOR RELIEF FROM THE
## AUTOMATIC STAY (TELEPHONIC PROCEDURE EFFECTIVE  MARCH 16, 2020)

TO THE RESPONDENT(S):

   You are hereby notified that the Movant seeks an order affecting your rights or property.

   You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than November 16, 2020 (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

   You should take this Notice and the Motion to a lawyer at once.

   A **telephonic** hearing will be held on **November 24, 2020** at 11:00 AM before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures  at http://www.pawb.uscourts.gov/procedures-1 at  least 24 hours in advance.

Date of Service:  October 29, 2020

      William E. Craig

      **Attorney for Movant/Applicant**
      /s/ William E. Craig
      110 Marter Ave., Suite 301
      Moorestown, NJ 08057
      (856) 866-0100
      bcraig@mortoncraig.com
      92329-PA