IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> WILLIAM A. DRISCOLL, JR. <br> NICOLE M. DRISCOLL, <br> **Debtor(s)** | Bankruptcy No. 18-24397-CMB <br><br> Chapter 13 |
| ACAR LEASING LTD <br> d/b/a GM FINANCIAL LEASING, <br> **Movant** | Related To Document No. 88 and 89 |
| v. | **Response Deadline:  11/16/20** |
| WILLIAM A. DRISCOLL, JR. <br> NICOLE M. DRISCOLL, <br> **Respondent(s)** | **Hearing Date:  11/24/20 at 11:00 AM** |
| RONDA J. WINNECOUR, <br> **Trustee** | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on October 29, 2020, I served by United States mail, first class, postage prepaid, the Notice Of Telephonic Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

| | |
|---|---|
| William and Nicole Driscoll <br> 717 Kilbuck Drive <br> Cranberry Twp, PA 16066 <br> (Debtors) | Gary William Short, Esq. <br> 212 Windgap Road <br> Pittsburgh, PA 15237 <br> (Attorney For Debtors) |
| Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA  15219 <br> (Trustee) | Office of the United States Trustee <br> Liberty Center <br> 1001 Liberty Avenue, Suite 970 <br> Pittsburgh, PA 15222 <br> (U.S. Trustee) |

/s/ William E. Craig
William E. Craig, Esquire
PA ID# 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com