**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: William A. Driscoll Jr.                    CHAPTER 13
       Nicole M. Driscoll
                Debtor(s)                          BKY. NO. 18-24397 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                Respectfully submitted,

                                /s/ Maria D. Miksich
                                Maria Miksich
                                02 Nov 2020, 08:50:58, EST

                                Brian C. Nicholas, Esq. (317240) ☐
                                Maria D. Miksich, Esq. (319383) ☑
                                Rebecca A. Solarz, Esq. (315936) ☐
                                KML Law Group, P.C.
                                BNY Mellon Independence Center
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106
                                412-430-3594
                                bkgroup@kmllawgroup.com