IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>WILLIAM A. DRISCOLL, JR.<br>NICOLE M. DRISCOLL,<br>    **Debtor(s)**<br><br>ACAR LEASING LTD<br>d/b/a GM FINANCIAL LEASING,<br>    **Movant**<br><br>v.<br><br>WILLIAM A. DRISCOLL, JR.<br>NICOLE M. DRISCOLL,<br>    **Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>    **Trustee** | Bankruptcy No. 18-24397-CMB<br><br>Chapter 13<br><br>Related To Document No. 88<br><br>**Response Deadline: 11/16/20**<br><br>**Hearing Date: 11/24/20 at 11:00 AM**<br><br>**ENTERED BY DEFAULT** |

## ORDER OF COURT

AND NOW, this __18th__ day of __November__, 2020, it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant ACAR Leasing, LTD d/b/a GM Financial Leasing is permitted to enforce its rights in the property described as a **2017 GMC Sierra 1500** bearing vehicle identification number 1GTV2LEC6HZ328583, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

*Carlota M. Böhm* dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
11/18/20 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24397-CMB |
| William A. Driscoll, Jr. | Chapter 13 |
| Nicole M. Driscoll | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 2 |
| Date Rcvd: Nov 18, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + William A. Driscoll, Jr., Nicole M. Driscoll, 717 Kilbuck Drive, Cranberry Twp, PA 16066-6840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Allegent Community Federal Credit Union pitecf@weltman.com |
| Gary William Short | on behalf of Debtor William A. Driscoll  Jr. garyshortlegal@gmail.com, gwshort@verizon.net |
| Gary William Short | |

    on behalf of Joint Debtor Nicole M. Driscoll garyshortlegal@gmail.com  gwshort@verizon.net

Jerome B. Blank
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

Jill Manuel-Coughlin
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15