PROCEEDING MEMO

**Date: 07/14/2021 01:30 pm**

**In re:    William A. Driscoll, Jr.
Nicole M. Driscoll**

**Bankruptcy No. 18-24397-CMB
Chapter: 13
Doc. # 98**

**Appearances: Owen Katz, Gary W. Short**

**Nature of Proceeding: #98 Motion to Obtain Post-Petition Secured Credit**

**Additional Pleadings: #100 Response by Trustee**

**Judge's Notes:**
OUTCOME: Attorneys Short and Katz to draft and file a consent order on or before 7/16.

**Carlota Böhm
Chief U.S. Bankruptcy Judge**

FILED
7/15/21 7:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA