**In the United States Bankruptcy Court**
**for the Western District of Pennsylvania**

| | |
|---|---|
| In Re:<br>William A. Driscoll, Jr. and Nicole M. Driscoll,<br>　　　　　　　Debtors,<br>Gary W. Short,<br>　　　　　　　Movant,<br>vs.<br>Ronda J. Winnecour, Trustee,<br>　　　　　　　Respondent. | ) Bankruptcy No. 18-24397 CMB<br>) Chapter 13<br>)<br>) Related to: Document No. 115<br>)<br>) **ENTERED BY DEFAULT**<br>)<br>) |

## ORDER OF COURT

This 20th day of September, 2021, upon consideration of the Application for Interim Compensation and Reimbursement of Expenses filed by Gary W. Short, counsel for Debtors(s) in the above-captioned case, it is hereby ORDERED that:

1. Gary W. Short is allowed a Chapter 13 administrative expense in the amount of $3,700.00 which includes $3,480.00 in legal services and $220.00 in expenses for the period of June 27, 2019 to September 1, 2021. (the "Claim");

2. The Claim and the claim approved by order of court dated May 19, 2019 at docket no. 75 shall be paid by the Chapter 13 Trustee at a rate of $1,189.00 per month calculated from the petition date to the extent funds are on hand and to the extent the payments share pro rata with long term continuing debts and administrative claims; and

3. If at any time the Chapter 13 Trustee holds sufficient funds to pay the Claim by larger payments without diminishing current distributions to creditors holding long term continuing debts and administrative claims, the Chapter 13 Trustee shall promptly do so.

*Carlota M. Böhm*　　　glb
Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
9/20/21 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-24397-CMB
William A. Driscoll, Jr.  Chapter 13
Nicole M. Driscoll
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: gamr  Page 1 of 2
Date Rcvd: Sep 20, 2021  Form ID: pdf900  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + William A. Driscoll, Jr., Nicole M. Driscoll, 717 Kilbuck Drive, Cranberry Twp, PA 16066-6840

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2021 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Garry Alan Masterson
    on behalf of Creditor Allegent Community Federal Credit Union pitecf@weltman.com

Gary William Short
    on behalf of Debtor William A. Driscoll  Jr. garyshortlegal@gmail.com, gwshort@verizon.net

Gary William Short

Case 18-24397-CMB    Doc 119    Filed 09/22/21    Entered 09/23/21 00:28:23    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: gamr | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Sep 20, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Joint Debtor Nicole M. Driscoll garyshortlegal@gmail.com  gwshort@verizon.net

Jerome B. Blank
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

Jill Manuel-Coughlin
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15