Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William A. Driscoll Jr.
Nicole M. Driscoll**
  Debtor(s)

Bankruptcy Case No.: 18−24397−CMB
Per October 14, 2021 Proceeding
Chapter: 13
Docket No.: 120 − 108, 110
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated August 25, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☒ H. Additional Terms: New Leaf Auto Leasing to be paid $512.42/month as long term continuing debt beginning August, 2021 for post−petition vehicle.

Hyundai Lease (Cl. #1): No further payments as vehicle was totaled; prior payments are proper and are ratified.

Filing fee provision stricken as already paid.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)    IT IS FURTHER ORDERED THAT:**

**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre-confirmation defaults in any subsequent motion to dismiss.

**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: October 15, 2021

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24397-CMB |
| William A. Driscoll, Jr. | Chapter 13 |
| Nicole M. Driscoll | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 1 of 4 |
| Date Rcvd: Oct 15, 2021 | Form ID: 149 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Driscoll, Jr., Nicole M. Driscoll, 717 Kilbuck Drive, Cranberry Twp, PA 16066-6840 |
| cr | + | Allegent Community Federal Credit Union, 1001 Liberty Avenue Suite 100, Pittsburgh, PA 15222-3715 |
| 14946383 | + | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 14946386 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 14946395 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas Company, POB 742537, Cincinnati, OH 45274-2537 |
| 14975436 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14967729 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14946393 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 14946396 | + | Cranberry Township, POB 6075, Hermitage, PA 16148-1075 |
| 14946399 | + | Dovenmuehle/Plaza Home Mtg, Attn: Bankruptcy, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047-8945 |
| 14946402 | + | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14946404 | + | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14981116 | + | Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14946405 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14946408 | + | Sheetz, POB 2557, Omaha, NE 68103-2557 |
| 14946409 | + | Sheridan Anesthesia, POB 744422, Atlanta, GA 30374-4422 |
| 14946415 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14981821 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14946417 | + | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 14946418 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 15 2021 23:15:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Oct 15 2021 23:15:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14962867 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 15 2021 23:14:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14976280 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 15 2021 23:15:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14946384 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 15 2021 23:14:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14946385 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 15 2021 23:15:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14980181 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 15 2021 23:14:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 14946394 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 15 2021 23:14:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 14946387 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2021 23:23:51 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14970402 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2021 23:23:51 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14981097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2021 23:23:53 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 14946390 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2021 23:23:58 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14946391 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2021 23:23:53 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14946392 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2021 23:23:58 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15300954 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 15 2021 23:14:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14946397 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 15 2021 23:23:52 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 14950059 | | Email/Text: mrdiscen@discover.com | Oct 15 2021 23:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14946398 | + | Email/Text: mrdiscen@discover.com | Oct 15 2021 23:14:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14949564 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 15 2021 23:15:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14946400 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 15 2021 23:15:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 14946388 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 15 2021 23:23:55 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14946389 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 15 2021 23:23:46 | Chase Mortgage, Attn: Case Research & Bankruptcy, Po Box 24696, Columbus, OH 43224 |
| 14946410 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 15 2021 23:23:46 | Southwest, POB 1423, Charlotte, NC 28201 |
| 14946401 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 15 2021 23:14:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14964883 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 15 2021 23:23:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14979024 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 15 2021 23:23:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14946994 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 15 2021 23:23:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14946403 | | Email/Text: bankruptcy@firstenergycorp.com | Oct 15 2021 23:15:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14946407 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 15 2021 23:23:48 | Sears, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14946411 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 23:23:46 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14946412 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 23:23:55 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy |

Case 18-24397-CMB   Doc 122   Filed 10/17/21   Entered 10/18/21 00:28:18   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: dric | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 15, 2021 | Form ID: 149 | Total Noticed: 57 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14946413 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 23:23:46 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14946414 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 15 2021 23:23:51 | Synchrony Bank/Dillards Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14981056 | + | Email/Text: bncmail@w-legal.com | Oct 15 2021 23:15:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14946416 | + | Email/Text: billingdept@gihealth.com | Oct 15 2021 23:15:00 | Three Rivers Endoscopy, 725 Cherrignton Parkway #101, Coraopolis, PA 15108-4318 |
| 14946419 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 15 2021 23:14:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14973716 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 16 2021 09:04:11 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15033051 | *+ | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14946406 | *+ | Santander Consumer USA Inc., Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2021            Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dric | Page 4 of 4 |
| Date Rcvd: Oct 15, 2021 | Form ID: 149 | Total Noticed: 57 |

Garry Alan Masterson
    on behalf of Creditor Allegent Community Federal Credit Union pitecf@weltman.com

Gary William Short
    on behalf of Joint Debtor Nicole M. Driscoll garyshortlegal@gmail.com  gwshort@verizon.net

Gary William Short
    on behalf of Debtor William A. Driscoll Jr. garyshortlegal@gmail.com, gwshort@verizon.net

Jerome B. Blank
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

Jill Manuel-Coughlin
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Maria Miksich
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Rebecca Solarz
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Thomas Song
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 15