IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: William A. Driscoll, Jr. | : | Bankruptcy No.  18-24397-CMB |
| Nicole M. Driscoll | : | Chapter        13 |
| Debtor | : | |
| | : | |
| | : | Claim No. 19 |
| Movant U.S. Bank Trust National Association | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |
| No Respondent | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name: Selene Finance LP

    Incorrect Address: 9990 Richmond Ave. Suite 400 South
                 Houston TX 77042

    Corrected Address:

    Creditor Name:    Selene Finance LP

    Correct Address:    3501 Olympus Blvd, Suite 500
                      Dallas, TX 75019

Dated: June 1, 2022

/s/ Charles G. Wohlrab
Electronic Signature of Debtor(s)' Attorney

Charles G. Wohlrab, Esq.
Typed Name

10700 Abbott's Bridge Rd, Ste. 170, Duluth, GA  30097
Address

(470) 321-7112 Ext. 257
Phone No.

314532
Bar I.D. and State of Admission

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>June 6, 2022</u>, I electronically filed the Request for Notice with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**William A. Driscoll, Jr.**
717 Kilbuck Drive
Cranberry Twp, PA 16066

**Nicole M. Driscoll**
717 Kilbuck Drive
Cranberry Twp, PA 16066

**Gary William Short**
212 Windgap Road
Pittsburgh, PA 15237

*Trustee*
**Ronda J. Winnecour**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

*U.S. Trustee*
**Office of the United States Trustee**
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

By: /s/ Laura Stewart