# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

12/07/2022

IN RE:

| | |
|---|---|
| WILLIAM A. DRISCOLL, JR. | Case No.18-24397 CMB |
| NICOLE M. DRISCOLL | |
| 717 KILBUCK DRIVE | Chapter 13 |
| CRANBERRY TWP, PA 16066 | |
| XXX-XX-3936        Debtor(s) | |
| | |
| XXX-XX-3165 | |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.


/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com


I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.


/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

12/7/2022

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

**SYNCHRONY BANK**
C/O PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021

NORFOLK, VA 23541

Trustee Claim Number:1   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT: JCP/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.: 5169

---

**KERI P EBECK ESQ**
BERNSTEIN BURKLEY
601 GRANT ST 9TH FL

PITTSBURGH, PA 15219

Trustee Claim Number:2   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT: DUQ LITE/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**BRIAN C NICHOLAS ESQ**
KML LAW GROUP PC
701 MARKET ST STE 5000

PHILADELPHIA, PA 19106

Trustee Claim Number:3   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT: BAYVIEW LNS/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**PHELAN HALLINAN DIAMOND & JONES LLP**
C/O PMB SSS ACQUISITION
PO BOX 8990

TURNERSVILLE, NJ 08012-8990

Trustee Claim Number:4   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT: PENNYMAC/PRAE

CRED DESC: NOTICE ONLY
ACCOUNT NO.:

---

**ALLEGENT COMMUNITY FCU**
2000 CORPORATE DR STE 200

WEXFORD, PA 15090

Trustee Claim Number:5   INT %: 3.00%
Court Claim Number:5

CLAIM: 8,969.93
COMMENT: 8639@3%/PL*2401/SCH

CRED DESC: SECURED CREDITOR
ACCOUNT NO.: 8241

---

**US BANK TRUST NA - OWNER TRUSTEE ET AL**
C/O SELENE FINANCE LP
ATTN BK DEPT
3501 OLYMPUS BLVD STE 500
DALLAS, TX 75019

Trustee Claim Number:6   INT %: 0.00%
Court Claim Number:19

CLAIM: 0.00
COMMENT: PMT/DECLAR*DKT4LMT-PMT*BGN 12/18*FR BAYVIEW-D84*FR COMMUNITY LN SVC

CRED DESC: MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 5526

---

**GM FINANCIAL**
PO BOX 183853

ARLINGTON, TX 76096

Trustee Claim Number:7   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT: SAME AS PRI ACAR LEASE**NO ADR~NO$/SCH

CRED DESC: SECURED CREDITOR
ACCOUNT NO.:

---

**HYUNDAI CAPITAL AMERICA DBA HYUNDAI MOT**
PO BOX 20809

FOUNTAIN VALLEY, CA 92728

Trustee Claim Number:8   INT %: 0.00%
Court Claim Number:

CLAIM: 0.00
COMMENT: DUP OF PRI HUYNDAI LEASE*NO$/SCH

CRED DESC: SECURED CREDITOR
ACCOUNT NO.:

---

**PENNYMAC LOAN SERVICES LLC**
PO BOX 660929

DALLAS, TX 75266-0929

Trustee Claim Number:9   INT %: 0.00%
Court Claim Number:23-2

CLAIM: 0.00
COMMENT: PMT/DECL*1713.83/NTC-PL*DKT4PMT-LMT*BGN 12/18*AMD

CRED DESC: MORTGAGE REGULAR PAYMEN
ACCOUNT NO.: 1063

---

**ALLEGENT COMMUNITY FCU**
2000 CORPORATE DR STE 200

WEXFORD, PA 15090

Trustee Claim Number:10   INT %: 6.45%
Court Claim Number:4

CLAIM: 605.06
COMMENT: $CL-PL@6.45%/PL*UNS/SCH/X2402/SCH

CRED DESC: VEHICLE
ACCOUNT NO.: 8242

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ALLY FINANCIAL(*)** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number: | ACCOUNT NO.:  9689 |
| PO BOX 78367 | | |
| | CLAIM:  0.00 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  NO$~AUTO/SCH | |

| | | |
|---|---|---|
| **ALLY FINANCIAL(*)** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN TRUSTEE PAYMENT CENTER | Court Claim Number: | ACCOUNT NO.:  5986 |
| PO BOX 78367 | | |
| | CLAIM:  0.00 | |
| PHOENIX, AZ  85062-8367 | COMMENT:  NO$~AUTO/SCH | |

| | | |
|---|---|---|
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| PO BOX 183853 | Court Claim Number:13 | ACCOUNT NO.:  3173 |
| | CLAIM:  8,675.93 | |
| ARLINGTON, TX  76096 | COMMENT:  RS/DOE*PIF/CRED*PMT/CL-PL*8399.16+371.78 = 8770.94/PL*/SCH F, G*C=8780.94 | |

| | | |
|---|---|---|
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FIN** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 183853 | Court Claim Number: | ACCOUNT NO.:  0314 |
| | CLAIM:  0.00 | |
| ARLINGTON, TX  76096 | COMMENT:  NO$~AUTO/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA** (LMP)** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPT (LMP) | Court Claim Number: | ACCOUNT NO.:  3237 |
| PO BOX 660933 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266-0933 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **BANK OF AMERICA NA** (LMP)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPT (LMP) | Court Claim Number: | ACCOUNT NO.:  1123 |
| PO BOX 660933 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266-0933 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:10 | ACCOUNT NO.:  6450 |
| | CLAIM:  2,602.04 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  NICOLE SELL | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:9 | ACCOUNT NO.:  3721 |
| | CLAIM:  799.67 | |
| CHARLOTTE, NC  28272-1083 | COMMENT: | |

| | | |
|---|---|---|
| **CAPITAL ONE** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6125 LAKEVIEW RD STE 800 | Court Claim Number: | ACCOUNT NO.:  5937 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28269 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **CHASE BANK USA NA(*)** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O JPMORGAN CHASE BANK | Court Claim Number:8 | ACCOUNT NO.:  6848 |
| PO BOX 15368 | | |
| | CLAIM:  7,918.69 | |
| WILMINGTON, DE  19850 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CITIBANK NA\*\*** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number: | ACCOUNT NO.:  0777 |
| | CLAIM:  0.00 | |
| LOUISVILLE, KY  50325-3439 | COMMENT:  NO$~SEARS/SCH | |

| | | |
|---|---|---|
| **CITIBANK NA\*\*** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 6716 GRADE LN BLDG 9 STE 910-PY DEPT | Court Claim Number:22 | ACCOUNT NO.:  8560 |
| | CLAIM:  586.00 | |
| LOUISVILLE, KY  50325-3439 | COMMENT:  HOME DEPOT | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:14 | ACCOUNT NO.:  8242 |
| PO BOX 10587 | | |
| | CLAIM:  2,807.96 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CITIBANK | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:7 | ACCOUNT NO.:  2882 |
| PO BOX 10587 | | |
| | CLAIM:  2,087.82 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  CITIBANK | |

| | | |
|---|---|---|
| **CITIFINANCIAL INC (NON-RE\*)++** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 70923 | Court Claim Number: | ACCOUNT NO.:  0523 |
| | CLAIM:  0.00 | |
| CHARLOTTE, NC  28272-0923 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **CITIZENS BANK(\*)** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| 1 CITIZENS DRIVE | Court Claim Number: | ACCOUNT NO.:  9858 |
| | CLAIM:  0.00 | |
| RIVERSIDE, RI  02915 | COMMENT: | |

| | | |
|---|---|---|
| **COLUMBIA GAS OF PA INC(\*)** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 117 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  48216-0117 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **CRANBERRY TOWNSHIP\*\*** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| CUSTOMER SVC CNTR | Court Claim Number: | ACCOUNT NO.:  6336 |
| 2525 ROCHESTER RD STE 700 | | |
| | CLAIM:  0.00 | |
| CRANBERRY TWP, PA  16066-6498 | COMMENT:  NT ADR~NO$/SCH | |

| | | |
|---|---|---|
| **DELL FINANCIAL SERVICES** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPT | Court Claim Number: | ACCOUNT NO.:  1257 |
| PO BOX 81577 | | |
| | CLAIM:  0.00 | |
| AUSTIN, TX  78708 | COMMENT:  NO$/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(\*)** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:3 | ACCOUNT NO.:  1944 |
| PO BOX 3025 | | |
| | CLAIM:  4,115.35 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **DOVENMUEHLE MORTGAGE INC**<br>1 CORPORATE DR STE 360<br><br>LAKE ZURICH, IL 60047 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~PLAZA HOME/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0256 |
| **HYUNDAI LEASE TITLING TRUST**<br>C/O HYUNDAI MOTOR FINANCE - SVCR<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 9,286.72<br>COMMENT: TTL'D~PIF/DTR ATTY-CONF*$10413.77/CL*PMT/CL*$/CL-PL*NO$/SCH G*DKT!! | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2034 |
| **HYUNDAI LEASE TITLING TRUST**<br>C/O HYUNDAI MOTOR FINANCE - SVCR<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM: 2,448.82<br>COMMENT: LEASE DFNCY ~EXCESS MILEAGE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3727 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 822.84<br>COMMENT: KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4526 |
| **LINCOLN AUTOMOTIVE FINANCIAL SERVICES**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI 48255-0953 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9230 |
| **PENN POWER\***<br>5001 NASA BLVD<br><br>FAIRMONT, WV 26554 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SANTANDER CONSUMER USA\*\***<br>PO BOX 961245<br><br>FT WORTH, TX 76161-1245 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1000 |
| **SANTANDER CONSUMER USA\*\***<br>PO BOX 961245<br><br>FT WORTH, TX 76161-1245 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$~AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9183 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 2,091.76<br>COMMENT: SEARS~CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5314 |
| **ABSOLUTE RESOLUTIONS INVESTMENTS LLC**<br>C/O ABSOLUTE RESOLUTIONS CORP<br>8000 NORMAN CENTER DR STE 350<br>BLOOMINGTON, MN 55437 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 1,676.25<br>COMMENT: FIRST NATL BANK OF OMAHA*SHEETZ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4362 |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SHERIDAN ANESTHESIA** | Trustee Claim Number:41 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 744422 | Court Claim Number: | ACCOUNT NO.: 3797 |
| | CLAIM: 0.00 | |
| ATLANTA, GA 30374 | COMMENT: | |

| | | |
|---|---|---|
| **SOUTHWEST BANK** | Trustee Claim Number:42 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 147 | Court Claim Number: | ACCOUNT NO.: 6848 |
| | CLAIM: 0.00 | |
| GRAND RAPIDS, MI 49501 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:43 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:20 | ACCOUNT NO.: 5027 |
| | CLAIM: 1,638.30 | |
| NORFOLK, VA 23541 | COMMENT: SYNCHRONY BANK~TOYS R US | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:44 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:16 | ACCOUNT NO.: 8673 |
| | CLAIM: 3,309.06 | |
| NORFOLK, VA 23541 | COMMENT: SYNCHRONY BANK~JCP | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:45 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:17 | ACCOUNT NO.: 5169 |
| | CLAIM: 1,743.58 | |
| NORFOLK, VA 23541 | COMMENT: SYNCHRONY BANK~JCP | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:46 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number:18 | ACCOUNT NO.: 8557 |
| | CLAIM: 647.78 | |
| NORFOLK, VA 23541 | COMMENT: SYNCHRONY BANK~OLD NAVY | |

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:47 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 1250 |
| PO BOX 41021 | | |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NT ADR~DILLARDS~NO$/SCH | |

| | | |
|---|---|---|
| **TD BANK USA NA\*\*** | Trustee Claim Number:48 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O WEINSTEIN & RILEY PS | Court Claim Number:21 | ACCOUNT NO.: 0859 |
| PO BOX 3978 | | |
| | CLAIM: 1,481.31 | |
| SEATTLE, WA 98124 | COMMENT: TARGET/SCH*NICOLE SELL | |

| | | |
|---|---|---|
| **THREE RIVERS ENDOSCOPY** | Trustee Claim Number:49 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 725 CHERRINGTON PKWY 101 | Court Claim Number: | ACCOUNT NO.: 7159 |
| | CLAIM: 0.00 | |
| MOON TOWNSHIP, PA 15108 | COMMENT: | |

| | | |
|---|---|---|
| **US DEPARTMENT OF EDUCATION** | Trustee Claim Number:50 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O NELNET | Court Claim Number: | ACCOUNT NO.: 1651 |
| PO BOX 16358 | | |
| | CLAIM: 0.00 | |
| ST PAUL, MN 55116 | COMMENT: NT ADR~NO$/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **UNITED STATES DEPARTMENT OF EDUCATION** | Trustee Claim Number:51 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 790321 | Court Claim Number:25 | ACCOUNT NO.: 3165 |
| | CLAIM: 23,292.23 | |
| ST LOUIS, MO 63197-0321 | COMMENT: 8581/SCH*GU TIMELY | |

| | | |
|---|---|---|
| **UNITED STATES DEPARTMENT OF EDUCATION** | Trustee Claim Number:52 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 790321 | Court Claim Number:24 | ACCOUNT NO.: 3165 |
| | CLAIM: 4,547.23 | |
| ST LOUIS, MO 63197-0321 | COMMENT: 7577/SCH*GU TIMELY | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:53 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:11 | ACCOUNT NO.: 0001 |
| | CLAIM: 174.01 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **VERIZON WIRELESS** | Trustee Claim Number:54 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 500 TECHNOLOGY DR STE 550 | Court Claim Number: | ACCOUNT NO.: 4415 |
| ATTN ADMINISTRATION | CLAIM: 0.00 | |
| WELDON SPRING, MO 63304 | COMMENT: NO$/SCH | |

| | | |
|---|---|---|
| **PENNYMAC LOAN SERVICES LLC** | Trustee Claim Number:55 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| PO BOX 660929 | Court Claim Number:23-2 | ACCOUNT NO.: 1063 |
| | CLAIM: 18,754.04 | |
| DALLAS, TX 75266-0929 | COMMENT: 20290.25/PL*THRU 11/18*AMD | |

| | | |
|---|---|---|
| **US BANK TRUST NA - OWNER TRUSTEE ET AL** | Trustee Claim Number:56 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| C/O SELENE FINANCE LP | Court Claim Number:19 | ACCOUNT NO.: 5526 |
| ATTN BK DEPT | | |
| 3501 OLYMPUS BLVD STE 500 | CLAIM: 2,196.27 | |
| DALLAS, TX 75019 | COMMENT: $/CL-PL*THRU 11/18*FR BAYVIEW-DOC 84*FR COMMUNITY LN SVCG-D125*DK | |

| | | |
|---|---|---|
| **WILLIAM E CRAIG ESQ** | Trustee Claim Number:57 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| MORTON AND CRAIG | Court Claim Number: | ACCOUNT NO.: |
| 110 MARTER AVE STE 301 | | |
| | CLAIM: 0.00 | |
| MOORESTOWN, NJ 08057 | COMMENT: ACAR LEASING/PRAE | |

| | | |
|---|---|---|
| **CLERK, U S BANKRUPTCY COURT** | Trustee Claim Number:58 INT %: 0.00% | CRED DESC: FILING FEES |
| ATTN: FILING FEE CLERK | Court Claim Number: | ACCOUNT NO.: 18-24397 CMB |
| 600 GRANT ST 5414 US STEEL TWR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: 310/PL*FEES PD IN FULL/CDTR | |

| | | |
|---|---|---|
| **POWERS KIRN LLC** | Trustee Claim Number:59 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 8 NESHAMINY INTERPLEX STE 215 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| TREVOSE, PA 19053 | COMMENT: PENNYMAC/PRAE | |

| | | |
|---|---|---|
| **KML LAW GROUP PC*** | Trustee Claim Number:60 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: PENNYMAC/PRAE | |

**CLAIM RECORDS**

| NEW LEAF AUTO LENDING | Trustee Claim Number:61  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
|---|---|---|
| PO BOX 1726 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| UNIONTOWN, PA  15401 | COMMENT:  PMT/CONF*BGN 8/21*512.42 X 28REM MO + 2=LMT*NEED ACCT NO*DKT! | |