IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 18-24397-CMB |
| William A. Driscoll, Jr. ) | Chapter 13 |
| Nicole M. Driscoll ) | |
| Debtor(s) ) | Doc #____145____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
| Movant(s) ) | |
| vs. ) | |
| William A. Driscoll, Jr. ) | |
| Nicole M. Driscoll ) | |
| Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing.  If a written response is timely filed, a hearing on the Trustee's motion will be held on **January 9, 2024, at 1:30 p.m. before Judge Carlota Böhm** in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania.  Unless otherwise ordered, parties may also appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform ("Zoom"). To participate in the hearing via Zoom, use the following link no later than ten (10) minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191. Alternatively, connect with Zoom by using the following Meeting ID: 161 4380 0191.  ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. For questions regarding Zoom connection, contact Judge Böhm's Chambers at 412-644-4328.

Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss

should file a written response on or before **December 19, 2023.**

| 11/29/23 | /s/ Ronda J. Winnecour |
|---|---|
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 18-24397-CMB

William A. Driscoll, Jr.                                                  Chapter 13

Nicole M. Driscoll
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                          Page 1 of 4

Date Rcvd: Nov 30, 2023                      Form ID: pdf900                      Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Driscoll, Jr., Nicole M. Driscoll, 717 Kilbuck Drive, Cranberry Twp, PA 16066-6840 |
| cr | + | Allegent Community Federal Credit Union, 1001 Liberty Avenue Suite 100, Pittsburgh, PA 15222-3715 |
| 14946383 | + | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 14946395 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas Company, POB 742537, Cincinnati, OH 45274-2537 |
| 14946393 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 14946396 | + | Cranberry Township, POB 6075, Hermitage, PA 16148-1075 |
| 14946409 | + | Sheridan Anesthesia, POB 744422, Atlanta, GA 30374-4422 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 01 2023 00:16:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Dec 01 2023 00:17:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 01 2023 00:16:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14962867 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 01 2023 00:16:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14976280 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 01 2023 00:16:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14946384 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 01 2023 00:16:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14946385 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 01 2023 00:16:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14946386 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 01 2023 00:16:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14980181 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Dec 01 2023 00:16:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 14946394 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 01 2023 00:16:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 14946387 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 01 2023 00:28:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| | | | |
|---|---|---|---|
| 14970402 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 01 2023 00:28:49 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14975436 | Email/PDF: bncnotices@becket-lee.com | Dec 01 2023 00:28:59 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14967729 | + Email/Text: RASEBN@raslg.com | Dec 01 2023 00:16:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14981097 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2023 00:28:52 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14946390 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2023 00:18:15 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14946391 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2023 00:18:15 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14946392 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2023 00:28:52 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15300954 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 01 2023 00:16:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14946397 | Email/PDF: DellBKNotifications@resurgent.com | Dec 01 2023 00:18:39 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 14946399 | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 01 2023 00:16:00 | Dovenmuehle/Plaza Home Mtg, Attn: Bankruptcy, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 14950059 | Email/Text: mrdiscen@discover.com | Dec 01 2023 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14946398 | + Email/Text: mrdiscen@discover.com | Dec 01 2023 00:16:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14946408 | Email/Text: collecadminbankruptcy@fnni.com | Dec 01 2023 00:16:00 | Sheetz, POB 2557, Omaha, NE 68103 |
| 14949564 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 01 2023 00:17:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14946400 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Dec 01 2023 00:17:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 14946388 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 01 2023 00:28:52 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14946389 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 01 2023 00:17:53 | Chase Mortgage, Attn: Case Research & Bankruptcy, Po Box 24696, Columbus, OH 43224 |
| 14946410 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 01 2023 00:28:56 | Southwest, POB 1423, Charlotte, NC 28201 |
| 14946401 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 01 2023 00:16:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14964883 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 01 2023 00:18:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14946402 | + Email/Text: EBNBKNOT@ford.com | Dec 01 2023 00:17:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14979024 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 01 2023 00:18:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14946994 | + Email/PDF: rmscedi@recoverycorp.com | Dec 01 2023 00:18:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14946403 | Email/Text: bankruptcy@firstenergycorp.com | Dec 01 2023 00:17:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14946404 | + Email/PDF: ebnotices@pnmac.com | | |

District/off: 0315-2                    User: auto                                Page 3 of 4
Date Rcvd: Nov 30, 2023                 Form ID: pdf900                           Total Noticed: 59

|  |  |  | Dec 01 2023 00:28:46 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14981116 | + | Email/PDF: ebnotices@pnmac.com | Dec 01 2023 00:28:49 | Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14946405 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 01 2023 00:17:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14946407 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 01 2023 00:28:46 | Sears, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14946411 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 00:17:52 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14946412 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 00:17:52 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14946413 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 00:17:52 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14946414 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 01 2023 00:17:50 | Synchrony Bank/Dillards Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14981056 | + | Email/Text: bncmail@w-legal.com | Dec 01 2023 00:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14946415 |  | Email/Text: bncmail@w-legal.com | Dec 01 2023 00:16:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14946416 | + | Email/Text: billingdept@gihealth.com | Dec 01 2023 00:16:00 | Three Rivers Endoscopy, 725 Cherrignton Parkway #101, Coraopolis, PA 15108-4318 |
| 15440538 | + | Email/Text: bkteam@selenefinance.com | Dec 01 2023 00:16:00 | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept., 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 14981821 |  | Email/Text: electronicbkydocs@nelnet.net | Dec 01 2023 00:17:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14946417 | + | Email/Text: EDBKNotices@ecmc.org | Dec 01 2023 00:16:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 14946418 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 01 2023 00:17:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14946419 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 01 2023 00:16:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14973716 |  | Email/PDF: ebn_ais@aisinfo.com | Dec 01 2023 00:18:34 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | BAYVIEW LOAN SERVICING, LLC |
| cr |  | Community Loan Servicing, LLC |
| cr |  | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15033051 | *+ | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14946406 | *+ | Santander Consumer USA Inc., Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

District/off: 0315-2                          User: auto                                    Page 4 of 4
Date Rcvd: Nov 30, 2023                       Form ID: pdf900                               Total Noticed: 59

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor US Bank Trust National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Garry Alan Masterson | on behalf of Creditor Allegent Community Federal Credit Union pitecf@weltman.com gmasterson@weltman.com |
| Jerome B. Blank | on behalf of Creditor PENNYMAC LOAN SERVICES LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mary Bower Sheats | on behalf of Joint Debtor Nicole M. Driscoll mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Mary Bower Sheats | on behalf of Debtor William A. Driscoll Jr. mary@mbsheatslaw.com, mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 14