**Date: 01/09/2024 01:30 pm**

**In re:  William A. Driscoll, Jr.
Nicole M. Driscoll**

                                      **Bankruptcy No. 18-24397-CMB
Chapter: 13
Doc. # 145**

**Appearances:  Ronda Winnecour, Mary Bower Sheats**

**Nature of Proceeding: #145 Trustee's Motion to Dismiss**

**Additional Pleadings:  #149 Response by Debtors**

**OUTCOME: Hearing held. Matter continued to March 26, at 1:30 PM, to allow the debtor to bring the plan up to date. Court will consider dismissal if the plan is not up to date.**

                                      **Carlota Böhm
U.S. Bankruptcy Judge**

FILED
1/10/24 10:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24397-CMB |
| William A. Driscoll, Jr. | Chapter 13 |
| Nicole M. Driscoll | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Driscoll, Jr., Nicole M. Driscoll, 717 Kilbuck Drive, Cranberry Twp, PA 16066-6840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2024 at the address(es) listed below:

**Name**       **Email Address**

Brian Nicholas
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com

Charles Griffin Wohlrab
    on behalf of Creditor US Bank Trust National Association bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

Garry Alan Masterson
    on behalf of Creditor Allegent Community Federal Credit Union pitecf@weltman.com  gmasterson@weltman.com

Jerome B. Blank

Case 18-24397-CMB    Doc 153    Filed 01/12/24    Entered 01/13/24 00:29:14    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor PENNYMAC LOAN SERVICES LLC jblank@pincuslaw.com, brausch@pincuslaw.com

Jill Manuel-Coughlin
on behalf of Creditor PENNYMAC LOAN SERVICES LLC bankruptcy@powerskirn.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Mary Bower Sheats
on behalf of Debtor William A. Driscoll Jr. mary@mbsheatslaw.com,
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Mary Bower Sheats
on behalf of Joint Debtor Nicole M. Driscoll mary@mbsheatslaw.com
mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor PENNYMAC LOAN SERVICES LLC pawb@fedphe.com

William E. Craig
on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 14