**Fill in this information to identify the case:**

Debtor 1     William A. Driscoll

Debtor 2     Nicole M. Driscoll
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of PA

Case number   18-24397 CMB

# Form 4100R

## Response to Notice of Final Cure Payment                                 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of Creditor:**   PENNYMAC LOAN SERVICES, LLC             **Court claim no. (if known):** 23-2

**Last 4 digits** of any number you use to identify the debtor's account:   1063

**Property address:**
717 Kilbuck Drive
Cranberry Twp, PA 16066

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    01 / 01 / 2024   as of the hand off from the trustee.

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:                                  (a)    $ _____
b.   Total fees, charges, expenses, escrow, and costs outstanding:         + (b)    $ _____
c.   **Total.** Add lines a and b.                                            (c)    $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

| Debtor(s) | William A. Driscoll and Nicole M. Driscoll | Case Number (if known): 18-24397 CMB |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ 
Denise Carlon
15 Mar 2024, 16:27:27, EDT

Date    03/15/2024

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

| Name: | Driscoll | | | | |
|---|---|---|---|---|---|
| Loan Number: | | | | | |
| Case Number: | 18-24397 | | | | |
| Filing Date: | 11/9/2018 | | | | |
| Chapter | 13 | | | | |
| TPA: Y/N | Y | | | | |
| Post Due Date: | 1/1/2024 | | | | |

| Date Paid | Amount Paid | Amount Due | Post Due Date | Suspense | Running Suspense |
|---|---|---|---|---|---|
| 3/8/2019 | $3,559.02 | $1,718.09 | 12/1/2018 | $1,840.93 | $1,840.93 |
| 3/8/2019 | | $1,718.09 | 1/1/2019 | -$1,718.09 | $122.84 |
| 4/4/2019 | $1,037.97 | | | $1,037.97 | $1,160.81 |
| 5/7/2019 | $1,912.42 | $1,718.09 | 2/1/2019 | $194.33 | $1,355.14 |
| 6/10/2019 | $2,272.08 | $1,718.09 | 3/1/2019 | $553.99 | $1,909.13 |
| 6/10/2019 | | $1,718.09 | 4/1/2019 | -$1,718.09 | $191.04 |
| 7/10/2019 | $2,330.26 | $1,718.09 | 5/1/2019 | $612.17 | $803.21 |
| 8/6/2019 | $1,787.85 | $1,718.09 | 6/1/2019 | $69.76 | $872.97 |
| 10/15/2019 | $756.69 | | | $756.69 | $1,629.66 |
| 10/24/2019 | $1,533.41 | $1,718.09 | 7/1/2019 | -$184.68 | $1,444.98 |
| 11/11/2019 | $2,284.12 | $1,718.09 | 8/1/2019 | $566.03 | $2,011.01 |
| 11/11/2019 | | $1,718.09 | 9/1/2019 | -$1,718.09 | $292.92 |
| 12/12/2019 | $1,419.34 | | | $1,419.34 | $1,712.26 |
| 1/8/2020 | $1,539.48 | $1,718.09 | 10/1/2019 | -$178.61 | $1,533.65 |
| 2/26/2020 | $2,358.21 | $1,718.09 | 11/1/2019 | $640.12 | $2,173.77 |
| 3/23/2020 | $1,624.76 | $1,715.02 | 12/1/2019 | -$90.26 | $2,083.51 |
| 4/6/2020 | $1,692.02 | $1,715.02 | 1/1/2020 | -$23.00 | $2,060.51 |
| 5/12/2020 | $874.60 | | | $874.60 | $2,935.11 |
| 6/9/2020 | $512.52 | $1,715.02 | 2/1/2020 | -$1,202.50 | $1,732.61 |
| 7/13/2020 | $3,896.42 | $1,715.02 | 3/1/2020 | $2,181.40 | $3,914.01 |
| 7/13/2020 | | $1,715.02 | 4/1/2020 | -$1,715.02 | $2,198.99 |
| 7/13/2020 | | $1,715.02 | 5/1/2020 | -$1,715.02 | $483.97 |
| 8/14/2020 | $1,693.63 | $1,715.02 | 6/1/2020 | -$21.39 | $462.58 |
| 9/10/2020 | $1,703.59 | $1,715.02 | 7/1/2020 | -$11.43 | $451.15 |
| 10/16/2020 | $2,561.60 | $1,715.02 | 8/1/2020 | $846.58 | $1,297.73 |
| 11/18/2020 | $1,002.37 | $1,715.02 | 9/1/2020 | -$712.65 | $585.08 |
| 12/9/2020 | $1,981.40 | $1,715.02 | 10/1/2020 | $266.38 | $851.46 |
| 1/12/2021 | $1,978.55 | $1,715.02 | 11/1/2020 | $263.53 | $1,114.99 |
| 2/8/2021 | $2,964.31 | $1,713.83 | 12/1/2020 | $1,250.48 | $2,365.47 |
| 2/8/2021 | | $1,713.83 | 1/1/2021 | -$1,713.83 | $651.64 |
| 3/17/2021 | $1,978.34 | $1,713.83 | 2/1/2021 | $264.51 | $916.15 |
| 4/12/2021 | $2,511.51 | $1,713.83 | 3/1/2021 | $797.68 | $1,713.83 |
| 4/12/2021 | | $1,713.83 | 4/1/2021 | -$1,713.83 | $0.00 |
| 5/5/2021 | $1,713.83 | $1,713.83 | 5/1/2021 | | $0.00 |
| 6/11/2021 | $1,713.83 | $1,713.83 | 6/1/2021 | | $0.00 |
| 7/22/2021 | $1,713.83 | $1,713.83 | 7/1/2021 | | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 8/19/2021 | $1,713.83 | $1,713.83 | 8/1/2021 | | $0.00 |
| 9/29/2021 | $1,713.83 | $1,713.83 | 9/1/2021 | | $0.00 |
| 10/5/2021 | $1,713.83 | $1,713.83 | 10/1/2021 | | $0.00 |
| 11/8/2021 | $1,713.83 | $1,713.83 | 11/1/2021 | | $0.00 |
| 12/2/2021 | $1,718.65 | $1,718.65 | 12/1/2021 | | $0.00 |
| 12/29/2021 | $1,199.36 | | | $1,199.36 | $1,199.36 |
| 2/24/2022 | $1,485.35 | $1,718.65 | 1/1/2022 | -$233.30 | $966.06 |
| 3/3/2022 | $884.32 | $1,718.65 | 2/1/2022 | -$834.33 | $131.73 |
| 4/7/2022 | $3,305.57 | $1,718.65 | 3/1/2022 | $1,586.92 | $1,718.65 |
| 4/7/2022 | | $1,718.65 | 4/1/2022 | -$1,718.65 | $0.00 |
| 5/12/2022 | $1,718.65 | $1,718.65 | 5/1/2022 | | $0.00 |
| 6/7/2022 | $1,718.65 | $1,718.65 | 6/1/2022 | | $0.00 |
| 8/4/2022 | $1,718.65 | $1,718.65 | 7/1/2022 | | $0.00 |
| 8/5/2022 | $1,718.65 | $1,718.65 | 8/1/2022 | | $0.00 |
| 9/6/2022 | $1,718.65 | $1,718.65 | 9/1/2022 | | $0.00 |
| 10/7/2022 | $1,718.65 | $1,718.65 | 10/1/2022 | | $0.00 |
| 11/3/2022 | $1,718.65 | $1,718.65 | 11/1/2022 | | $0.00 |
| 11/30/2022 | $1,718.65 | $1,710.41 | 12/1/2022 | $8.24 | $8.24 |
| 2/7/2023 | $3,412.58 | $1,710.41 | 1/1/2023 | $1,702.17 | $1,710.41 |
| 2/7/2023 | | $1,710.41 | 2/1/2023 | -$1,710.41 | $0.00 |
| 3/6/2023 | $943.27 | | | $943.27 | $943.27 |
| 4/4/2023 | $1,886.45 | $1,710.41 | 3/1/2023 | $176.04 | $1,119.31 |
| 5/3/2023 | $1,886.44 | $1,710.41 | 4/1/2023 | $176.03 | $1,295.34 |
| 6/8/2023 | $1,886.46 | $1,710.41 | 5/1/2023 | $176.05 | $1,471.39 |
| 7/11/2023 | $1,949.43 | $1,710.41 | 6/1/2023 | $239.02 | $1,710.41 |
| 7/11/2023 | | $1,710.41 | 7/1/2023 | -$1,710.41 | $0.00 |
| 8/2/2023 | $1,710.41 | $1,710.41 | 8/1/2023 | | $0.00 |
| 9/11/2023 | $1,710.41 | $1,710.41 | 9/1/2023 | | $0.00 |
| 9/11/2023 | $1,710.41 | $1,710.41 | 10/1/2023 | | $0.00 |
| 10/5/2023 | $1,710.41 | $1,710.41 | 11/1/2023 | | $0.00 |
| 11/9/2023 | $1,710.41 | $1,708.59 | 12/1/2023 | $1.82 | $1.82 |
| | | | | | |
| | | Unpaid | | | |
| | | $1,708.59 | 1/1/2024 | | |
| | | $1,708.59 | 2/1/2024 | | |
| | | $1,708.59 | 3/1/2024 | | |
| | | -$1.82 | Suspense | | |
| | | $5,123.95 | Total due | | |
| | | | | | |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William A. Driscoll Jr.<br>Nicole M. Driscoll<br>                        Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC<br>                        Movant<br>vs.<br><br>William A. Driscoll Jr.<br>Nicole M. Driscoll<br>                        Debtor(s)<br><br>Ronda J. Winnecour,<br>                        Trustee | BK NO. 18-24397 CMB<br><br>Chapter 13<br><br>Related to Claim No. 23-2 |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 18, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
William A. Driscoll Jr.
717 Kilbuck Drive
Cranberry Twp, PA 16066

Nicole M. Driscoll
717 Kilbuck Drive
Cranberry Twp, PA 16066

Attorney for Debtor(s) (via ECF)
Mary Bower Sheats, Esq.
Mary Bower Sheats, Attorney at Law
1195 Washington Pike, Suite 325
Bridgeville, PA 15017

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail.

Dated: March 18, 2024

                                        */s/ Denise Carlon*
                                        Denise Carlon Esquire
                                        Attorney I.D. 317226
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        201-549-2363
                                        dcarlon@kmllawgroup.com