**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM A. DRISCOLL, JR.<br>NICOLE M. DRISCOLL<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>      vs.<br>No Respondents. | Case No.:18-24397<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

| | |
|---|---|
| March 26, 2024 | /s/  Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/09/2018 and confirmed on 1/18/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 231,640.75 |
| Less Refunds to Debtor | 1,860.36 | |
| TOTAL AMOUNT OF PLAN FUND | | 229,780.39 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 10,936.03 | |
|    Trustee Fee | 11,110.02 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 22,046.05 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE F | 0.00 | 28,872.17 | 0.00 | 28,872.17 |
|     Acct: 5526 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 104,622.41 | 0.00 | 104,622.41 |
|     Acct: 1063 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 18,754.04 | 18,754.04 | 0.00 | 18,754.04 |
|     Acct: 1063 | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE F | 2,196.27 | 2,196.27 | 0.00 | 2,196.27 |
|     Acct: 5526 | | | | |
|   ALLEGENT COMMUNITY FCU | 8,969.93 | 8,969.93 | 705.37 | 9,675.30 |
|     Acct: 8241 | | | | |
|   GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HYUNDAI CAPITAL AMERICA DBA HYUNDA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALLEGENT COMMUNITY FCU | 605.06 | 605.06 | 42.00 | 647.06 |
|     Acct: 8242 | | | | |
| | | | | 164,767.25 |
| **Priority** | | | | |
|   MARY BOWER SHEATS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM A. DRISCOLL, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM A. DRISCOLL, JR. | 1,658.76 | 1,658.76 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM A. DRISCOLL, JR. | 201.60 | 201.60 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 3,873.40 | 3,873.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GARY W SHORT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARY BOWER SHEATS ESQ | 3,362.63 | 3,362.63 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX0-19 | | | | |
|   GARY W SHORT ESQ | 3,700.00 | 3,700.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX1-21 | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 8,675.93 | 8,675.93 | 0.00 | 8,675.93 |
| Acct: 3173 | | | | |
| HYUNDAI LEASE TITLING TRUST | 9,286.72 | 9,286.72 | 0.00 | 9,286.72 |
| Acct: 2034 | | | | |
| NEW LEAF AUTO LENDING | 0.00 | 14,860.18 | 0.00 | 14,860.18 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX CMB | | | | |
| | | | | 32,822.83 |
| **Unsecured** | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9689 | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5986 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0314 | | | | |
| BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3237 | | | | |
| BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1123 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,602.04 | 407.40 | 0.00 | 407.40 |
| Acct: 6450 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 799.67 | 125.20 | 0.00 | 125.20 |
| Acct: 3721 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5937 | | | | |
| CHASE BANK USA NA(*) | 7,918.69 | 1,239.83 | 0.00 | 1,239.83 |
| Acct: 6848 | | | | |
| CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0777 | | | | |
| CITIBANK NA** | 586.00 | 91.75 | 0.00 | 91.75 |
| Acct: 8560 | | | | |
| LVNV FUNDING LLC | 2,807.96 | 439.64 | 0.00 | 439.64 |
| Acct: 8242 | | | | |
| LVNV FUNDING LLC | 2,087.82 | 326.89 | 0.00 | 326.89 |
| Acct: 2882 | | | | |
| CITIFINANCIAL INC (NON-RE*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0523 | | | | |
| CITIZENS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9858 | | | | |
| COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CRANBERRY TOWNSHIP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6336 | | | | |
| DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1257 | | | | |
| DISCOVER BANK(*) | 4,115.35 | 644.34 | 0.00 | 644.34 |
| Acct: 1944 | | | | |
| DOVENMUEHLE MORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0256 | | | | |
| HYUNDAI LEASE TITLING TRUST | 2,448.82 | 383.41 | 0.00 | 383.41 |
| Acct: 3727 | | | | |
| CAPITAL ONE NA** | 822.84 | 128.83 | 0.00 | 128.83 |
| Acct: 4526 | | | | |
| LINCOLN AUTOMOTIVE FINANCIAL SERVI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9230 | | | | |
| PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 1000 | | | | |
| SANTANDER CONSUMER USA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9183 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,091.76 | 327.51 | 0.00 | 327.51 |
| Acct: 5314 | | | | |
| ABSOLUTE RESOLUTIONS INVESTMENTS | 1,676.25 | 262.45 | 0.00 | 262.45 |
| Acct: 4362 | | | | |
| SHERIDAN ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3797 | | | | |
| SOUTHWEST BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6848 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,638.30 | 256.51 | 0.00 | 256.51 |
| Acct: 5027 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 3,309.06 | 518.10 | 0.00 | 518.10 |
| Acct: 8673 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,743.58 | 272.99 | 0.00 | 272.99 |
| Acct: 5169 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 647.78 | 101.42 | 0.00 | 101.42 |
| Acct: 8557 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1250 | | | | |
| TD BANK USA NA** | 1,481.31 | 231.93 | 0.00 | 231.93 |
| Acct: 0859 | | | | |
| THREE RIVERS ENDOSCOPY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7159 | | | | |
| US DEPARTMENT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1651 | | | | |
| US DEPARTMENT OF EDUCATION | 23,292.23 | 3,646.86 | 0.00 | 3,646.86 |
| Acct: 3165 | | | | |
| US DEPARTMENT OF EDUCATION | 4,547.23 | 711.96 | 0.00 | 711.96 |
| Acct: 3165 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 174.01 | 27.24 | 0.00 | 27.24 |
| Acct: 0001 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4415 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5169 | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 10,144.26 |

TOTAL PAID TO CREDITORS                                                                207,734.34

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 17,962.65 |
| SECURED | 30,525.30 |
| UNSECURED | 64,790.70 |

Date: 03/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   WILLIAM A. DRISCOLL, JR.
   NICOLE M. DRISCOLL
        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:18-24397

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William A. Driscoll, Jr.  
Nicole M. Driscoll  
    Debtors

Case No. 18-24397-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Mar 26, 2024      Form ID: pdf900      Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William A. Driscoll, Jr., Nicole M. Driscoll, 717 Kilbuck Drive, Cranberry Twp, PA 16066-6840 |
| cr | + | Allegent Community Federal Credit Union, 1001 Liberty Avenue Suite 100, Pittsburgh, PA 15222-3715 |
| 14946383 | + | Allegent Community Fcu, 1001 Liberty Ave Ste 100, Pittsburgh, PA 15222-3715 |
| 14946395 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas Company, POB 742537, Cincinnati, OH 45274-2537 |
| 14946393 | + | CitiFinancial, Attn: Bankruptcy, 605 Munn Rd, Fort Mill, SC 29715-8421 |
| 14946396 | + | Cranberry Township, POB 6075, Hermitage, PA 16148-1075 |
| 14946409 | + | Sheridan Anesthesia, POB 744422, Atlanta, GA 30374-4422 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 27 2024 00:23:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Mar 27 2024 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 27 2024 00:22:00 | US Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14962867 | | Email/Text: Bankruptcy@absoluteresolutions.com | Mar 27 2024 00:22:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14976280 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 27 2024 00:23:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14946384 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 27 2024 00:22:00 | Ally Financial, Attn: Bankruptcy Dept, Po Box 380901, Bloomington, MN 55438-0901 |
| 14946385 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 27 2024 00:23:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14946386 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 27 2024 00:22:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14980181 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 27 2024 00:22:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 14946394 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 27 2024 00:22:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Dr, Riverside, RI 02915 |
| 14946387 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:34:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 18-24397-CMB  Doc 165  Filed 03/28/24  Entered 03/29/24 00:28:51  Desc
Imaged Certificate of Notice  Page 8 of 10

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 14970402 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2024 00:33:32 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14975436 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2024 00:34:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14967729 | + | Email/Text: RASEBN@raslg.com | Mar 27 2024 00:22:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14981097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:34:10 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14946390 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:33:32 | Citibank/Sears, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14946391 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:33:26 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14946392 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:21:44 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 15300954 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 27 2024 00:22:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14946397 | | Email/PDF: DellBKNotifications@resurgent.com | Mar 27 2024 00:22:14 | Dell Financial Services LLC, Attn: President/CEO, Po Box 81577, Austin, TX 78708 |
| 14946399 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 27 2024 00:22:00 | Dovenmuehle/Plaza Home Mtg, Attn: Bankruptcy, 1 Corporate Dr Ste 360, Lake Zurich, IL 60047 |
| 14950059 | | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14946398 | + | Email/Text: mrdiscen@discover.com | Mar 27 2024 00:22:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14946408 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 27 2024 00:22:00 | Sheetz, POB 2557, Omaha, NE 68103 |
| 14949564 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 27 2024 00:23:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 14946400 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Mar 27 2024 00:23:00 | Hyundai Motor Finance, Attn: Bankruptcy, Po Box 20809, Fountain Valley, CA 92728-0809 |
| 14946388 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:22:14 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14946389 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:32:57 | Chase Mortgage, Attn: Case Research & Bankruptcy, Po Box 24696, Columbus, OH 43224 |
| 14946410 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2024 00:21:36 | Southwest, POB 1423, Charlotte, NC 28201 |
| 14946401 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 27 2024 00:22:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14964883 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2024 00:22:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14946402 | + | Email/Text: EBNBKNOT@ford.com | Mar 27 2024 00:23:00 | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 14979024 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:33:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14946994 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2024 00:34:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14946403 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 27 2024 00:23:00 | Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14946404 | + | Email/PDF: ebnotices@pnmac.com | | |

Case 18-24397-CMB    Doc 165    Filed 03/28/24    Entered 03/29/24 00:28:51    Desc
Imaged Certificate of Notice    Page 9 of 10

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 27 2024 00:33:36 | Pennymac Loan Services, Attn: Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14981116 | + | Email/PDF: ebnotices@pnmac.com | Mar 27 2024 00:21:41 | Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14946405 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 27 2024 00:23:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14946407 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2024 00:33:32 | Sears, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14946411 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:32:48 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14946412 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:32:57 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14946413 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:32:57 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14946414 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2024 00:21:41 | Synchrony Bank/Dillards Dc, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14981056 | + | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14946415 | | Email/Text: bncmail@w-legal.com | Mar 27 2024 00:23:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14946416 | + | Email/Text: billingdept@gihealth.com | Mar 27 2024 00:23:00 | Three Rivers Endoscopy, 725 Cherrignton Parkway #101, Coraopolis, PA 15108-4318 |
| 15440538 | + | Email/Text: bkteam@selenefinance.com | Mar 27 2024 00:23:00 | U.S. Bank Trust National Association, Selene Finance, LP, Attn: BK Dept., 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 14981821 | | Email/Text: electronicbkydocs@nelnet.net | Mar 27 2024 00:23:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14946417 | + | Email/Text: EDBKNotices@ecmc.org | Mar 27 2024 00:22:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 14946418 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 27 2024 00:23:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 14946419 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 27 2024 00:22:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14973716 | | Email/PDF: ebn_ais@aisinfo.com | Mar 27 2024 00:20:53 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Community Loan Servicing, LLC |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15033051 | *+ | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14946406 | *+ | Santander Consumer USA Inc., Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 26, 2024 | Form ID: pdf900 | Total Noticed: 59 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC brian+ecf@briannicholas.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing  LLC brian+ecf@briannicholas.com |
| Charles Griffin Wohlrab | on behalf of Creditor US Bank Trust National Association bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor Allegent Community Federal Credit Union pitecf@weltman.com  gmasterson@weltman.com |
| Jerome B. Blank | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC jblank@pincuslaw.com, brausch@pincuslaw.com |
| Jill Manuel-Coughlin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bankruptcy@powerskirn.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Mary Bower Sheats | on behalf of Joint Debtor Nicole M. Driscoll mary@mbsheatslaw.com  mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Mary Bower Sheats | on behalf of Debtor William A. Driscoll  Jr. mary@mbsheatslaw.com,  mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC pawb@fedphe.com |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 15