**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | William A. Driscoll, Jr. |
| Debtor 2 (Spouse, if filing) | Nicole M. Driscoll |
| United States Bankruptcy Court for the | Western District of Pennsylvania |
| Case number | 18-24397 CMB |

Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** PennyMac Loan Services, LLC      **Court claim no.** (if known): 23-2

**Last 4 digits** of any number you use to identify the debtor's account: 1063

**Date of payment change:** Must be at least 21 days after date of this notice    12/01/2021

**New total payment:** $ 1,718.65
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:   *The current payment on the Escrow Analysis lists the contractual amount. The loan is contractually due for December 1, 2020.

   **Current escrow payment:** $ 590.65*    **New escrow payment:** $ 595.47

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:        %      New interest rate:        %

   Current principal and interest payment:         New principal and interest payment: $

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No.

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or a loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change:

   **Current mortgage payment:** $         New mortgage payment: $

Official Form 410S1    Notice of Mortgage Payment Change    page 1

| Debtor 1 | William | A. | Driscoll, Jr. | Case number (if known) | 18-24397 CMB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 4:    Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | | |
|---|---|---|---|---|
| ✗ | **/s/ Jill Manuel-Coughlin** | | Date | 10/15/2021 |
| | Signature | | | |
| Print | Jill Manuel-Coughlin, Esq. / Harry B. Reese, Esq./ Sarah K. McCaffery, Esq. | | Title | Attorney |
| | First Name    Middle Name    Last Name | | | |
| Company | Powers Kirn, LLC | | | |
| Address | 8 Neshmainy Interplex, Suite 215 | | | |
| | Number    Street | | | |
| | Trevose, PA   19053 | | | |
| | City    State    ZIP Code | | | |
| Contact phone | 215-942-2090 | | Email | bankruptcy@powerskirn.com |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>William A. Driscoll, Jr.<br>Nicole M. Driscoll<br><br>Debtor(s) | Case No.: 18-24397 CMB |
| PennyMac Loan Services, LLC<br><br>Movant<br><br>v.<br>William A. Driscoll, Jr.<br>Nicole M. Driscoll<br><br>Respondent | |

## CERTIFICATION OF SERVICE
## OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on October 15, 2021.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

| | |
|---|---|
| Ronda J. Winnecour<br>600 Grant Street, Suite 3250<br>Pittsburgh PA 15219<br>cmecf@chapter13trusteewdpa.com<br>Trustee | Gary William Short, Esquire<br>212 Windgap Road<br>Pittsburgh, PA 15237<br>gwshort@verizon.net<br>Attorney for Debtor/Debtors |

<u>Parties served via First-Class Mail:</u>

| | |
|---|---|
| William A. Driscoll, Jr.<br>717 Kilbuck Drive<br>Cranberry Twp PA 16066<br>Debtor | Nicole M. Driscoll<br>717 Kilbuck Drive<br>Cranberry Twp, PA 16066<br>Debtor |

| | |
|---|---|
| Dated: October 15, 2021 | **/s/ Jill Manuel-Coughlin**<br>POWERS KIRN, LLC<br>Jill Manuel-Coughlin, Esq.; Atty ID #63252<br>Harry B. Reese, Esq.; Atty ID #310501<br>Sarah K. McCaffery, Esq.; Atty ID #311728<br>8 Neshaminy Interplex, Suite 215<br>Trevose, PA 19053<br>Phone: 215-942-2090; Fax 215-942-8661<br>Email: bankruptcy@powerskirn.com<br>Attorneys for Creditor/Movant |